FILED
CLERK, U.S. DISTRICT COURT
03/20/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: #3
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

IMAAD ZUBERI

Defendant

20 Cr. 11 (CM)

2:20-cr-00155-DSF

### Consent to Transfer of Case for Plea and Sentence (Rule 20)

I, Imaad Zuberi, defendant, have consented to the filing of an information in the above designated case. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Central District of California in which I am present, and to waive trial in the above captioned District.

Dated: 2/20/2020 at Los Angeles

Imaad Shah Zuberi

Witness:

David Kelley, Esq.
Jeff Brown, Esq.

Approved

Geoffrey S. Berman
United States Attorney for the
Southern District of New York

Nicola T. Hanna
United States Attorney for the
Central District of California

CERTIFIED AS A TRUE COPY ON
THIS DATE 3/9/2020
BY _____
( ) Clerk
(X) Deputy

CLOSED,ECF,WHEEL-MISC

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:20-cr-00011-CM All Defendants
### Internal Use Only

Case title: USA v. Zuberi

Date Filed: 01/07/2020
Date Terminated: 03/09/2020

Assigned to: Judge Colleen McMahon

**Defendant (1)**

**Imaad Zuberi**
*TERMINATED: 03/09/2020*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:1512C.F TAMPERING WITH A WITNESS, VICTIM OR INFORMANT (OBSTRUCTION OF JUSTICE) (1)

**Disposition**

Rule 20 Transfer Out to CDCA

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**

represented by **Thomas McKay**
U.S. Attorney's Office
1 St. Andrew's Plaza
New York, NY 10007
(212)-637-2268

*[Stamp: CERTIFIED AS A TRUE COPY ON THIS DATE 3/9/2020 BY ___ Deputy Clerk]*


SDNY CM/ECF NextGen Version 1.2-... Case 2:20-cr-00155-VAP Document 1 Filed 03/20/20 Page 3 of 12 Page ID #:3

Email: thomas.mckay@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2020 | 1 | INFORMATION (Felony) filed as to Imaad Zuberi (1) count(s) 1. (jm) (Entered: 01/07/2020) |
| 01/07/2020 | 2 | NOTICE OF INTENT TO FILE an Information by U.S.A. as to Imaad Zuberi. (jm) (Entered: 01/07/2020) |
| 01/07/2020 | | Attorney update in case as to Imaad Zuberi. Attorney Thomas McKay for USA added. (jm) (Entered: 01/07/2020) |
| 01/07/2020 | | Case Designated ECF as to Imaad Zuberi. (jm) (Entered: 01/07/2020) |
| 01/07/2020 | 🔒 | (Court only) CRIMINAL CASE WHEEL FLAG DESIGNATION as to Imaad Zuberi. Wheel Flag WHEEL-MISC set. (jm) (Entered: 01/07/2020) |
| 03/09/2020 | 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) from the U.S.D.C. - Southern District of New York to the United States District Court - Central District of California. Counts closed as to Imaad Zuberi (1) Count 1. (bw) (Entered: 03/09/2020) |
| 03/09/2020 | | RULE 20 DOCUMENTS SENT as to (20-Cr-11-1) Imaad Zuberi from the U.S.D.C. - Southern District of New York to the United States District Court - Central District of California (Los Angeles, First Street U.S. Courthouse). Sent certified copies of the following documents: Information [doc.#1], Waiver of Indictment [doc.#2], Consent to Transfer of Case for Plea and Sentence (Rule 20) [doc.#3]; and letter of acknowledgment. Mailed via U.S. Postal Service, Certified Mail # 7017-2680-0000-1025-7510 on March 9, 2020. (bw) (Entered: 03/09/2020) |
| 03/09/2020 | 🔒 | (Court only) ***Terminated defendant Imaad Zuberi. (bw) (Entered: 03/09/2020) |
| 03/09/2020 | 🔒 | (Court only) ***Case Terminated as to Imaad Zuberi. (bw) (Entered: 03/09/2020) |


2 of 2
3/9/2020, 3:07 PM

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 PEARL STREET, NEW YORK, NEW YORK 10007

Re: United States of America

vs.

IMAAD ZUBERI

Case No. 1:20-CR-11 (CM)
(REFER TO DOC#3)

Dear Sir/Madam:

The above defendant/s have consented to the disposition of this case in your district.

Pursuant to Rule 20 of the Rules of Criminal Procedure, we are transmitting a certified copy of the information and waiver of indictment together with certified copies of the defendants' consent to the transfer of the proceeding to your district for plea and sentence.

Please acknowledge your receipt on the enclosed copy of this letter.

Very truly yours,
~~James M. Parkison~~, Clerk
RUBY J. KRAJICK,

By: _____ B.W.
     Deputy Clerk       (CRIMINAL DOCKETING)

encl.

CERTIFIED MAIL # 7017-2680-0000-1025-7510

RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:

ON DATE: 3/20/20

CLERK, US DISTRICT COURT
BY: _____
    Deputy Clerk

Rev 9-26-91

**U.S. Department of Justice**           Rule 20 -- Transfer Notice

| To: United States District Court | District<br>CDCA | Date<br>March 6, 2020 |
|---|---|---|
| Name of Subject:<br>Imaad Zuberi | Statute Violated<br>18 U.S.C. 1512 | File Data *(Initials and Number)* |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
    Date of Plea     Date of Sentence     Sentence

| From *(Signature and Title)* | Address |
|---|---|
|  |  |

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock

☒ *(Kindly notify me of any anticipated delay)* Enclosed are two certified copies of indictment or information     Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>Geoffrey S. Berman  /s/ Geoffrey Berman | District<br>SDNY | Date<br>3/6/2020 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
Replaces OBD-101, Fed. 83 edition may be used

FORM USA-231
NOV. 85

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :   NOTICE OF INTENT TO
                                            :   FILE AN INFORMATION
          - v. -                            :
                                            :
IMAAD SHAH ZUBERI,                          :
                                            :
          Defendant.                        :   20 CRIM 011
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         January 3, 2020

                                GEOFFREY S. BERMAN
                                United States Attorney

                        By:     _____
                                Thomas McKay
                                Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                        By:     _____
                                David Kelley, Esq.
                                Jeff Brown, Esq.
                                Attorneys for Imaad Shah Zuberi

CERTIFIED AS A TRUE COPY ON
THIS DATE  3/9/2020
BY _____
   ( ) Clerk
   (X) Deputy

Case 1:20-cr-00011-CM   Document 1   Filed 01/07/20   Page 1 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     **INFORMATION**

          - v. -                  :     20 Cr. __ ()

IMAAD ZUBERI,                     :
                                        **20 CRIM 011**
          Defendant.              :

                                  :     CERTIFIED AS A TRUE COPY ON
- - - - - - - - - - - - - - - - - x
                                        THIS DATE  3/9/2020

                **Count One**            BY _____
           (Obstruction of Justice)         ( ) Clerk
                                            (X) Deputy

The United States Attorney charges:

1. The charge herein stems from an effort by IMAAD ZUBERI, the defendant, to obstruct a federal grand jury investigation into the source of funds used by ZUBERI to make a substantial donation to the 58th Presidential Inaugural Committee, a 501(c)(4) organization formed to support the 2017 inauguration of President Donald J. Trump (the "PIC"). As detailed below, upon learning of that investigation, ZUBERI took numerous steps, including reimbursing one source of those funds via a back-dated check, to obstruct the federal criminal investigation.

2. At all relevant times, IMAAD ZUBERI, the defendant, was a significant donor to political candidates and campaigns, making millions of dollars in contributions in his name, the name of his spouse, and the name of his venture capital firm, Avenue Ventures, to various political candidates and committees.

3. On or about December 27, 2016, IMAAD ZUBERI, the defendant, made a $900,000 donation to the PIC. Although ZUBERI made the donation to the PIC in the name of "Avenue Ventures," the donation was in fact funded using money obtained from other sources, including a United States national ("Donor-1").

4. In particular, in or about November 2016, IMAAD ZUBERI, the defendant, asked Donor-1 to make a substantial donation to the PIC, promising Donor-1, in return, exclusive access to certain inaugural events. On or about November 15, 2016, Donor-1 gave ZUBERI a $50,000 check. At ZUBERI's request, Donor-1 made the check out to Avenue Ventures. However, Donor-1 wrote "Inauguration 17" in the memo line of the check to make clear that it was intended as a donation to the PIC, and Donor-1 understood that ZUBERI would report Donor-1's donation as such.

5. IMAAD ZUBERI, the defendant, did not in fact inform the PIC or the Federal Election Commission that certain of the funds for his $900,000 donation came from others, including Donor-1.

6. Donor-1 subsequently decided not to attend the inaugural ceremonies and demanded that IMAAD ZUBERI, the defendant, return the $50,000 to him. ZUBERI did not initially do so.

2

7. On or about February 5, 2019, media organizations reported that a federal grand jury in the Southern District of New York had served the PIC with a grand jury subpoena and that prosecutors were investigating the source of funds donated to the PIC, including any foreign sources (the "SDNY Investigation"). In particular, those reports indicated that IMAAD ZUBERI, the defendant, and Avenue Ventures were the only donors named in the subpoena and that ZUBERI's $900,000 donation to the PIC was being "scrutinized by federal prosecutors in the Southern District of New York."

8. In or about February 2019, shortly after the reports of the SDNY Investigation involving the PIC and the donation made by IMAAD ZUBERI, the defendant, ZUBERI asked Donor-1 to meet him in person.

9. On or about February 25, 2019, IMAAD ZUBERI, the defendant, met with Donor-1 at a restaurant in California. At this meeting, ZUBERI and Donor-1 discussed the SDNY Investigation, and ZUBERI asked Donor-1, in substance, whether he had been contacted by federal investigators. During the meeting, Donor-1 asked ZUBERI to refund the $50,000 that Donor-1 had given ZUBERI as an intended donation to the PIC. ZUBERI initially refused to do so. However, when Donor-1 reminded ZUBERI that Donor-1 had written on the check itself "Inauguration 17," ZUBERI promptly

3

agreed to repay Donor-1. ZUBERI then wrote a check to Donor-1 for $50,000, indicating in the memo line that it was a "refund."

10. Moreover, although IMAAD ZUBERI, the defendant, wrote the check on February 25, 2019, i.e., the date of the meeting described above, ZUBERI back-dated the refund check to February 1, 2019, in order to make it appear that ZUBERI had returned Donor-1's money before he learned of the SDNY Investigation into the source of funds for the $900,000 PIC donation.

11. In addition, IMAAD ZUBERI, the defendant, intentionally deleted emails with individuals who provided money to ZUBERI at and around the time of his $900,000 donation to the PIC, including emails with a foreign national ("Donor-2") who transferred approximately $5.8 million to the account ZUBERI used to fund the PIC donation at and around the time the donation was made. Moreover, on or about July 30, 2019, after federal prosecutors informed ZUBERI, through counsel that they believed that ZUBERI had intentionally deleted pertinent emails with Donor-2, ZUBERI contacted his email service provider and asked, in substance, how to ensure that copies of his emails were not stored on a server.

## Statutory Allegations

12. On or about February 25, 2019, in the Southern District of New York and elsewhere, IMAAD ZUBERI, the defendant,

4

corruptly did alter, destroy, mutilate and conceal a record, document, and other object, and did attempt to do so, with the intent to impair the object's integrity and availability for use in an official proceeding, and did otherwise obstruct, influence, and impede an official proceeding, and did attempt to do so, to wit, ZUBERI attempted to conceal $50,000 that he had used to make a donation to the PIC but had failed to properly disclose by returning the money to Donor-1 and back-dating the refund check to make it appear that the money had been refunded before ZUBERI learned of the federal investigation into his donation.

(Title 18, United States Code, Sections 1512(c) and 2.)

*Geoffrey S. Berman*
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

IMAAD ZUBERI,

Defendant.

INFORMATION

20 Cr. \_\_ ()

(18 U.S.C. §§ 1512(c) and 2.)

GEOFFREY S. BERMAN
United States Attorney