# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　PLAINTIFF<br><br>　　　　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　　　　　DEFENDANT | CASE NUMBER<br><br>CR No. 20-155-DSF<br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

　　　　Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Imaad Shah Zuberi</u>, CR 19-642-VAP which:

　　__X__　　was previously assigned to the Honorable Virginia A. Phillips;

　　_____　　has not been previously assigned.

The above-entitled cases may be related for the following reasons:

　　__X__　　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　__X__　　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

　　Additional explanation:  Both matters charge Imaad Shah Zuberi as the lone defendant. The obstruction charges emanating out of the Southern District of New York (SDNY) are a small subset of a larger scheme to obstruct the government's investigation of the Central District of California (CDCA) case.  The CDCA plea agreement requires the parties to litigate the obstruction to determine the applicability of a two-level sentencing guideline enhancement.  In sentencing papers filed on December 16, 2019 in the CDCA matter, the government alleged that defendant paid or offered to pay over $6 million in bribes to silence or influence six witnesses, including the $50,000 bribe offered to the one witness alleged in the SDNY case.

Dated: May 6, 2020　　　　　　　　　　　　　　/ s /  *Daniel J. O'Brien*
　　　　　　　　　　　　　　　　　　　　　　　AUSA Daniel J. O'Brien
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney