Name and address:
JEFFREY A. BROWN (New York Bar No. 3038833)
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York City, NY 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR NO. 2:20-CR-00155-VAP |
| v. | |
| IMAAD SHAH ZUBERI, | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Brown, Jeffrey A.                           of    Dechert LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    Three Bryant Park
(212) 698-3511        (212) 698-3599                1095 Avenue of the Americas
*Telephone Number*    *Fax Number*                  New York City, NY 10036
jeffrey.brown@dechert.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Imaad Shah Zuberi

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ____

and designating as Local Counsel

Thomas P. O'Brien                           of    Browne George Ross LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    801 S. Figueroa Street, Suite 2000
166369        213-725-9800        213-725-9808          Los Angeles, CA 90017
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
tobrien@bgrfirm.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: ____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   June 12, 2020                                *[signature: Virginia A. Phillips]*
                                                     **U.S. District Judge**

G–64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1