**NAME & ADDRESS**
JEFFREY A. BROWN (NY Bar No. 3038833)
Dechert LLP
Three Bryant Park, 1095 Avenue of the Americas
New York City, NY 10036

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. IMAAD SHAH ZUBERI, DEFENDANT(S). | CASE NUMBER<br>CR NO. 2:20-CR-00155-VAP<br><br>CONSENT TO VIDEO/TELEPHONIC CONFERENCE AND/OR WAIVER OF DEFENDANT'S PRESENCE<br>[x] AND PROPOSED FINDINGS/ORDER |
|---|---|

*Check each that applies:*
[x] CONSENT TO VIDEO CONFERENCE/TELEPHONIC CONFERENCE    [ ] WAIVER OF DEFENDANT'S PRESENCE

**1. Consent to Video Conference/Telephonic Conference**

I, IMAAD SHAH ZUBERI, understand that the U.S. Constitution, the Federal Rules of Criminal Procedure, and/or one or more federal statutes may give me the right to have all the below-listed proceedings take place in person in open court. After consultation with counsel, I knowingly and voluntarily consent to the proceedings below instead taking place by video conference or, if video conference is not reasonably available, by telephonic conference:

*Check each that applies:*

[ ] Detention/Bail Review/Reconsideration Hearing(s) (18 U.S.C. Sec. 3142)    [ ] Initial Appearance (Fed. R. Crim. P. 5)
[ ] Preliminary Hearing (Fed. R. Crim. P. 5.1)    [ ] Arraignment (Fed. R. Crim. P. 10)
[ ] Pretrial Release Revocation Proceedings (18 U.S.C. Sec. 3148)    [ ] Waiver of Indictment (Fed. R. Crim. P. 7(b))
[ ] Misdemeanor Pleas and Sentencings (Fed. R. Crim. P. 43(b)(2))    [ ] Appearances under Fed. R. Crim. P. 40
[ ] Probation and Supervised Release Revocation Proceedings (Fed. R. Crim. P. 32.1)

*Note: to consent to an appearance by video or telephonic conference at one of the two proceedings listed below, you must also complete the "Proposed Findings" section on page 2 of this form.*

[x] Felony Pleas (Fed. R. Crim. P. 11)    [ ] Felony Sentencings (Fed. R. Crim. P. 32)

**2. Waiver of Defendant's Presence**

I, _____, understand that the U.S. Constitution, the Federal Rules of Criminal Procedure, and/or one or more federal statutes may give me the right to be present at all of the below-listed proceedings - in person, by video conference, or by telephonic conference. After consultation with counsel, I knowingly and voluntarily waive my right to be present in person in open court or by video conference or by telephonic conference at the proceedings below:

*Check each that applies (and use Form CR-35 to waive the defendant's presence at other types of proceedings):*

[ ] Detention/Bail Review/Reconsideration Hearing(s) (18 U.S.C. Sec. 3142)    [ ] Waiver of Indictment (Fed. R. Crim. P. 7(b))
[ ] Preliminary Hearing (Fed. R. Crim. P. 5.1)    [ ] Appearances under Fed. R. Crim. P. 40
[ ] Pretrial Release Revocation Proceedings (18 U.S.C. Sec. 3148)
[ ] Misdemeanor Pleas and Sentencings (Fed. R. Crim. P. 43(b)(2))
[ ] Probation and Supervised Release Revocation Proceedings (Fed. R. Crim. P. 32.1)

6/28/2020                    /s/ Imad Zuberi / JAB
Date        Defendant

[x] Signed for Defendant by Counsel for Defendant with Defendant's Authorization [Check if applicable]

I have translated this consent/waiver to the Defendant in the _____ language.

_____   _____
Date                       Interpreter (if required)    ☐ Signed for Interpreter by Counsel for Defendant with Interpreter's Authorization [Check if applicable]

I am counsel for the Defendant herein. Prior to the Defendant signing this document or authorizing me to sign this document on the Defendant's behalf, I fully advised the Defendant of the Defendant's above-referenced rights and consulted with the Defendant regarding such rights and the Defendant's consent/waiver(s). I believe that the Defendant understands such rights and that the Defendant's consent/waiver(s) are knowing and voluntary, and I concur with such consent/waiver(s).

6/28/2020                  /s/ Allan
Date                       Counsel for Defendant

### 3. Proposed Findings Regarding Harm of Further Delay of Felony Plea or Sentencing

Pursuant to § 15002(b)(2) of the Coronavirus Aid, Relief, and Economic Security ("CARES") Act and § 2 of Order of the Chief Judge No. 20-043 (In Re: Coronavirus Public Emergency Use of Video and Telephonic Conference in Certain Criminal Proceedings), felony pleas and sentencings cannot be conducted other than in person in open court unless the judge makes specific findings that the plea or sentencing "cannot be further delayed without serious harm to the interests of justice." Accordingly, if the defendant intends to consent to a felony plea or sentencing taking place by video conference or, if video conference is not reasonably available, by telephonic conference, instead of in person in open court, the defendant must set forth below proposed findings sufficient to make this showing.

> 1. Delay of the change-of-plea hearing until an in-person hearing can be scheduled would add to the enormous backlog of criminal and civil matters faced by courts in the Central District of California. See, e.g., United States v. Martirosyan, No. CR 17-00707-JF, 2020 WL 3047360 (C.D. Cal. June 8, 2020).
>
> 2. There has been an uptick in the number of coronavirus cases in California as the State attempts to reopen. Any possible further scheduling delays or uncertainty as a result of this uptick will cause undue stress to Mr. Zuberi. See, e.g., United States v. Kelly, 09-cr-00051-M, Dkt. 63 at 2 (N.D. Tex. Apr. 2, 2020) (finding that further delay of sentencing in the midst of the coronavirus pandemic "would cause serious harm to the interest of justice" by forcing the defendant "to undergo the added stress" of "further delay.").
>
> 3. Both parties agree that a video conference change-of-plea hearing is appropriate under the circumstances.

### 4. Order Adopting Findings Regarding Harm of Further Delay of Felony Plea or Sentencing

Pursuant to § 15002(b)(2) of the Coronavirus Aid, Relief, and Economic Security ("CARES") Act and § 2 of Order of the Chief Judge No. 20-043 (In Re: Coronavirus Public Emergency Use of Video and Telephonic Conference in Certain Criminal Proceedings), I hereby find that the:

☒ Felony Plea (Fed. R. Crim. P. 11)     ☐ Felony Sentencing (Fed. R. Crim. P. 32)

in this case cannot be further delayed without serious harm to the interests of justice, for the reasons set forth above.

_____    _____
Date                        United States District Judge