UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – ACCEPTANCE OF A GUILTY PLEA

| Case No. | LACR 20-00155-VAP | | | Date | June 30, 2020 | | |
|---|---|---|---|---|---|---|---|
| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE | | | | | | |
| Interpreter | N/A | | | | | | |
| Christine Chung  *Deputy Clerk* | | Myra Ponce  *Court Reporter* | | Daniel J. O'Brien  *Assistant U.S. Attorney* | | | |
| **U.S.A. v. Defendant(s)** | Present | Custody | Bond | **Attorneys for Defendant(s)** | Present | App. | Ret. |
| Imaad Zuberi | X | | X | Jeffrey Brown | X | | X |
| **Proceedings:** | ACCEPTANCE OF A GUILTY PLEA TO A SINGLE-COUNT INFORMATION (VIDEO CONFERENCE) | | | | | | |

Defendant expressly consents to holding the Acceptance of a Guilty Plea hearing by video conference.

Defendant is sworn and states his true name as charged. Defendant moves to plead guilty to the Single-Count Information.

Defendant now enters a plea of GUILTY to the Single-Count Information.

The Court questions the defendant regarding the plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

Government and Defense Counsel inform the Court that the Probation Office's Presentence Report ("PSR") prepared in Case No. CR 19-00642-VAP already accounts for the charge in this case. Defendant expressly waives his right to a preparation of a PSR in this case.

The Court GRANTS the parties' joint oral motion to consolidate this case with Case No. CR 19-00642-VAP for the purposes of Sentencing. The Court FINDS that the record consisting of the PSR and the parties' sentencing position papers filed in CR 19-00642-VAP, is sufficient for the Sentencing in this matter.

The Court continues this matter to August 17, 2020, at 2:00 p.m., for Sentencing.

*cc:*   **U.S. Probation Office**