THOMAS P. O'BRIEN, State Bar No.: 166369
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
E-mail: tobrien@bgrfirm.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | LACR19-00642-VAP<br>LACR20-00155-VAP |
| v. | |
| Imaad Shah Zuberi | **NOTICE OF MANUAL FILING<br>OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

(1) Stipulation to Revise Briefing Schedule and Continue Sentencing Hearing
(2) [Proposed] Order Revising Briefing Schedule and Continuing Sentencing Hearing
(3) Defendant's Unopposed Ex Parte Application for Order Sealing Documents; Declaration of Ivy A. Wang
(4) [Proposed] Order on Defendant's Unopposed Ex Parte Application for Order Sealing Documents

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 28, 2020
Date

Thomas P. O'Brien
Attorney Name

Imaad Shah Zuberi
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING