NATHAN F. BROWN, State Bar No.: 317300
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
E-mail: nbrown@bgrfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | LACR19-00642-VAP |
| v. | LACR20-00155-VAP |
| Imaad Shah Zuberi | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Defendant Imaad Shah Zuberi's Ex Parte Application to File Documents Under Seal
Under Seal Filing
[Proposed] Order on Defendant's Ex Parte Application for Order Sealing Documents

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 9, 2020        NATHAN F. BROWN
Date        Attorney Name

       Imaad Shah Zuberi
       Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*