| | |
|---|---|
| NATHAN F. BROWN, State Bar No.: 317300<br>BROWNE GEORGE ROSS<br>O'BRIEN ANNAGUEY & ELLIS LLP<br>801 South Figueroa Street, Suite 2000<br>Los Angeles, CA 90017<br>Telephone: (213) 725-9800<br>E-mail: nbrown@bgrfirm.com | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America<br><br>v.<br><br>Imaad Shah Zuberi | PLAINTIFF(S)<br><br><br>DEFENDANT(S). | CASE NUMBER:<br>LACR19-00642-VAP<br>LACR20-00155-VAP<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Defendant Imaad Shah Zuberi's Ex Parte Application to File Documents Under Seal
Under Seal Filing
[Proposed] Order on Defendant's Ex Parte Application for Order Sealing Documents

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| October 29, 2020 | NATHAN F. BROWN |
| Date | Attorney Name |
| | Imaad Shah Zuberi |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).