THOMAS P. O'BRIEN, State Bar No. 166369
BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
801 South Figueroa Street, Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
E-mail: tobrien@bgrfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>LACR19-00642-VAP<br>LACR20-00155-VAP<br><br>**NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: (**List Documents**)

Sealed Defendant's Unopposed Ex Parte Application for Order Sealing Documents; Declaration of Ivy A. Wang
Sealed [Proposed] Order on Defendant's Unopposed Ex Parte Application for Order Sealing Documents Under Seal Filing
[Proposed] Order

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 30, 2020
Date

Thomas P. O'Brien
Attorney Name

Imaad Shah Zuberi
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)         **NOTICE OF MANUAL FILING OR LODGING**