TRACY WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                 UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              No. LACR19-642-VAP
                                       No. LACR20-155-VAP ✓
          Plaintiff,
                                       ORDER TO EXTEND DEADLINE REVISING
          v.                           BRIEFING SCHEDULE AND CONTINUING
                                       SENTENCING HEARING
IMAAD SHAH ZUBERI,

          Defendant.


     For the reasons stated in the government's *Ex Parte* Application

for an Order to Extend the Deadline to Lodge Proposed Redactions of

Sealed Documents and to Continue Sentencing filed on January 25,

2021, the Court ORDERS AS FOLLOWS:

     1.  The date by which both parties must lodge proposed redactions

to sealed documents as set forth in the Court's January 21, 2021

order is extended to February 8, 2021.

2.  The sentencing hearing date shall be continued from February 4, 2021 to February 18, 2021 at 10:00 a.m.

IT IS SO ORDERED.


January 25, 2021
DATE

HONORABLE VIRGINIA A. PHILLIPS
U.S. DISTRICT COURT JUDGE


Presented by:

      /s/
DANIEL J. O'BRIEN
Assistant United States Attorney