Name and address:
Thomas P. O'Brien (SBN #166369)
Browne George Ross O'Brien Annaguey & Ellis LLP
801 South Figueroa Street, Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800 Email: tobrien@bgrfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

IMAAD SHAH ZUBERI

Defendant(s).

CASE NUMBER

2:19-cr-00642-VAP
2:20-cr-00155-VAP ◀

~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

David A. Warrington
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 828-2437
*Telephone Number*

(202) 828-2488
*Fax Number*

david.warrington@kutakrock.com
*E-Mail Address*

of

Kutak Rock LLP
901 East Byrd Street
Suite 1000
Richmond, Virginia 23219-4071

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Imaad Shah Zuberi

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____

and designating as Local Counsel

Thomas P. O'Brien
*Designee's Name (Last Name, First Name & Middle Initial)*

166369
*Designee's Cal. Bar No.*

(213) 725-9800
*Telephone Number*

(213) 725-9808
*Fax Number*

tobrien@bgrfirm.com
*E-Mail Address*

of

Browne George Ross O'Brien Annaguey & Ellis LLP
801 South Figueroa Street
Suite 2000
Los Angeles, California 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated   February 1, 2021

*Virginia A. Phillips*
U.S. District Judge

G–64 ORDER (5/16)   ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1