UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – SENTENCING AND JUDGMENT

Case No.    CR 20-00155 VAP                                                         Date:  February 18, 2021

Present: The Honorable: VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Kevin Reddick | Miranda Algorri | Daniel O'Brien / Judith Heinz / Elisa Fernandez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Imaad Shah Zuberi | | x | Thomas P. O'Brien, Evan J. Davis, Ivy A. Wang, David A. Warrington, Nathan F. Brown, Matthew Kussman | x | | | N/A |

**PROCEEDINGS:**    SENTENCING AND JUDGMENT    ☐ Contested    ☐ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

[x] Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.        ☐ Refer to separate Judgment Order.
[ ]  Imprisonment for ___ years/months on each of count(s) _____
     Count(s) _____ concurrent/consecutive to count(s) _____
[ ]  Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
[ ]  Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
[ ]  Confined in jail-type institution for _____ to be served on consecutive days/weekends
     commencing _____
[ ]  ___ years/months Supervised Release/Probation imposed on count(s) _____
[ ]  consecutive/concurrent to count(s) _____
     under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
       [ ] Perform ___ hours of community service _____   fine amounts & times determined by P/O.
       [ ] Serve ___ in a CCC/CT [ ] _____ Make $ _____ restitution in amounts & times determined by PO.
Pay
       [ ] Participate in a program for treatment of narcotic/alcohol addiction.
       [ ] any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
       [ ] Other conditions:
[ ]  Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.
[ ]  Pay $ _____ per count, special assessment to the United States for a total of $ _____
[ ]  Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
     with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification.  This matter is set for further hearing on _____
[ ]  Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
[X] Defendant informed of right to appeal.
[ ]  Filed and distributed judgment.  ENTERED.
[X] Other:  The portion of the transcript taken outside the presence of the public is sealed.

cc:                                                                                                   1:32
                                                              **Initials of Deputy Clerk**   kr