# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>v.<br>IMAAD SHAH ZUBERI,<br>Defendant(s) | CASE NUMBER<br>LACR19-00642-VAP / LACR20-00155-VAP<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Imaad Shah Zuberi    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Ashwin J. Ram, Steptoe & Johnson LLP who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

633 West Fifth Street, Suite 1900
*Street Address*

Los Angeles, CA 90071                aram@steptoe.com
*City, State, Zip*                   *E-Mail Address*

(213) 439-9400          (213) 439-9599          277513
*Telephone Number*       *Fax Number*            *State Bar Number*

as attorney of record instead of Thomas P. O'Brien, Ivy A. Wang, Nathan F. Brown and Matthew O. Kussman
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                          U. S. District Judge/U.S. Magistrate Judge