# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | LACR19-00642-VAP / **LACR20-00155-VAP** |
| v. | |
| IMAAD SHAH ZUBERI, | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Imaad Shah Zuberi  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Ashwin J. Ram, Steptoe & Johnson LLP who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

633 West Fifth Street, Suite 1900
*Street Address*

Los Angeles, CA 90071                                       aram@steptoe.com
*City, State, Zip*                                                    *E-Mail Address*

(213) 439-9400                    (213) 439-9599                    277513
*Telephone Number*              *Fax Number*                   *State Bar Number*

as attorney of record instead of Thomas P. O'Brien, Ivy A. Wang, Nathan F. Brown and Matthew O. Kussman
List **all** attorneys from same firm or agency who are withdrawing.

is hereby     ☒ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated March 10, 2021

*Virginia A. Phillips*
U. S. District Judge

G–01 ORDER (09/17)     ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY