1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00642-VAP<br>　　No.: 2:20-cr-00155-VAP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CLARIFY THAT THE NOTICE OF APPEAL WAS FILED IN BOTH CONSOLIDATED CASES, AND TO EXTEND THE TIME TO APPEAL IN CASE NO. 20-CR-155-VAP**<br><br>　Judge: Hon. Virginia A. Phillips |

| | |
|---|---|
| 1 | This Court, having considered the Ex Parte Application to Clarify That the |
| 2 | Notice of Appeal Was Filed in Both Consolidated Cases, And to Extend the Time to |
| 3 | Appeal in Case No. 20-CR-00155-VAP, hereby GRANTS the application and |
| 4 | ORDERS that Defendant Zuberi's Notice of Appeal, timely filed March 4, 2020 in |
| 5 | Case No. 19-CR-00642-VAP, is effective to appeal the Judgment entered in these |
| 6 | consolidated matters; and further, the time for Defendant Zuberi to file his notice of |
| 7 | appeal in Case No. 20-CR-00155-VAP is extended through April 9, 2021, pursuant to |
| 8 | Federal Rule of Appellate Procedure 4(b)(4), the Court having found such extension |
| 9 | warranted by both good cause and excusable neglect. |

Dated: April __, 2021             By: _____
                                         Honorable Virginia A. Phillips
                                         United States District Judge