Ashwin J. Ram (SBN 277513)
aram@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorney for Defendant
Imaad Shah Zuberi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**DEFENDANT'S NOTICE OF MOTION TO EXTEND SURRENDER DATE**<br><br>[*Memorandum of Points and Authority; Declaration of Shaun S. Daneshrad, M.D.; Declaration of Ashwin J. Ram; and [Proposed] Order filed concurrently herewith*]<br><br>The Honorable Virginia A. Phillips<br><br>Date: May 3, 2021<br>Time: 9:00 AM<br>Ctrm.: Courtroom 8A |

1
DEFENDANT'S NOTICE OF MOTION TO EXTEND SURRENDER DATE

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that on May 3, 2021 at 9:00 a.m. in Courtroom 8A of this Court at 350 West 1st Street, Los Angeles, CA 90012, Defendant Imaad Zuberi will and hereby does move the Court to extend Defendant's surrender date.

    Defendant moves for this extension on the grounds that Defendant has not yet been able to receive the COVID-19 vaccine, and his health conditions put him at a high risk for serious health complications if he contracts the COVID-19 virus. Defendant's request to extend his report date is further supported by the time necessary for his new counsel to obtain security clearances, to enable them to evaluate the full record and present a fully briefed motion for release pending appeal.

    This motion is based on this Notice of Motion; the Memorandum of Points and Authorities; the Declaration of Shaun S. Daneshrad, M.D.; the Declaration of Ashwin J. Ram; any reply Defendant may make; the pleadings and records in this action; and any other such matters, evidence, and arguments as may be presented at or prior to the hearing.

DATED:  April 5, 2021        STEPTOE & JOHNSON LLP

                                             /s/ Ashwin J. Ram
                                              Ashwin J. Ram
                                      *Attorney for Defendant Imaad Shah Zuberi*