Ashwin J. Ram (SBN 277513)
aram@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorney for Defendant
Imaad Shah Zuberi

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00642-VAP<br>　　　No.: 2:20-cr-00155-VAP<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF MOTION TO EXTEND SURRENDER DATE; EXHIBITS**<br><br>Judge: Hon. Virginia A. Phillips<br><br>[Notice of Motion, Memorandum of Points and Authorities; Declaration of Dr. Daneshrad; and [Proposed] Order concurrently filed herewith]<br><br>Date: May 3, 2021<br>Time: 9:00 AM<br>Ctrm.: Courtroom 8A |

I, Ashwin J. Ram, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California. I am admitted to the U.S. District Court for the Central District of California. I am a partner with Steptoe & Johnson LLP ("Steptoe"), counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of *United States v. Magana*, Case No. 19-CR-2581 (DMS), Doc. No. 81 (S.D. Cal. Nov. 05, 2020).

3. Attached hereto as **Exhibit B** is a true and correct copy of *United States v. Ahuja*, Case No. 1:18-cr-00328-KPF, Doc. No. 351 (S.D.N.Y. Mar. 17, 2020).

4. Attached hereto as **Exhibit C** is a true and correct copy of *United States v. Magana*, Case No. 19-CR-2581 (DMS), Doc. No. 89 (S.D. Cal. Nov. 05, 2020).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of April 2021 in Los Angeles, California.

*/s/ Ashwin J. Ram*
_____
Ashwin J. Ram