# EXHIBIT C

Exhibit C
9

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,          CASE NO.:   19-CR-2581-DMS
12               Plaintiff,            Hon. Dana M. Sabraw
13        v.
                                       **ORDER TO EXTEND SELF-**
14  JOSE ANGEL MAGANA,                 **SURRENDER DATE**
15               Defendant.
16
17        Good Cause Having Been Shown, **IT IS HEREBY ORDERED** that the
18  Defendant, Jose Angel Magana's self-surrender date be extended to July 2, 2021 at
19  12:00 noon.   Bond Exoneration Hearing is reset to July 9, 2021 at 9:00 a.m.
20        **SO ORDERED.**
21  DATED:   4/1/2021            By:_____
22                                 HON. DANA M. SABRAW
                                   Chief United States District Court Judge
23
24
25
26
27
28

**Exhibit C**
**10**