1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00642-VAP |
| Plaintiff, | No.: **2:20-cr-00155-VAP** |
| v. | **ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CLARIFY THAT THE NOTICE OF APPEAL WAS FILED IN BOTH CONSOLIDATED CASES, AND TO EXTEND THE TIME TO APPEAL IN CASE NO. 20-CR-155-VAP** |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |
| | Judge:  Hon. Virginia A. Phillips |

ORDER

1    This Court, having considered the Ex Parte Application to Clarify That the

2   Notice of Appeal Was Filed in Both Consolidated Cases, And to Extend the Time to

3   Appeal in Case No. 20-CR-00155-VAP, hereby GRANTS the application and

4   ORDERS that Defendant Zuberi's Notice of Appeal, timely filed March 4, 2020 in

5   Case No. 19-CR-00642-VAP, is effective to appeal the Judgment entered in these

6   consolidated matters; and further, the time for Defendant Zuberi to file his notice of

7   appeal in Case No. 20-CR-00155-VAP is extended through April 9, 2021, pursuant to

8   Federal Rule of Appellate Procedure 4(b)(4), the Court having found such extension

9   warranted by both good cause and excusable neglect.

10

11

12   Dated:  April 5, 2021                     By: _____

13                                                   Honorable Virginia A. Phillips
                                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER