EXHIBIT 2



**From:** OBrien, Daniel J. (USACAC)
**Sent:** Tuesday, March 23, 2021 10:40 AM
**To:** Ram, Ashwin <aram@Steptoe.com>; Joe Torres <Joe_Torres@cacp.uscourts.gov>
**Cc:** Jamille Nicholas <Jamille_Nicholas@cacp.uscourts.gov>; Joey Trabucco <Christopher_Trabucco@cacp.uscourts.gov>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>; Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; Heinz, Judith (USACAC) <JHeinz@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Subject:** RE: 2:19-cr-00642-VAP-1

Hello, everyone.

The government is not amendable to a stipulation to expand Mr. Zuberi's non-curfew hours for several reasons.

First, the parties agreed to the curfew hours.

Second, there are certainly enough hours in the eight-hour working day for Mr. Zuberi to meet with defense counsel. Moreover, defense counsel can always visit Mr. Zuberi after curfew hours at his home.

Third, expanding the hours would make it more difficult for the case agents to respond should Mr. Zuberi choose to flee.

I'm sure the defense can work within the existing parameters to make sure they provide Mr. Zuberi with adequate representation.

Sincerely,

--Dan

---

**From:** Ram, Ashwin <aram@Steptoe.com>
**Sent:** Tuesday, March 23, 2021 2:15 AM
**To:** Joe Torres <Joe_Torres@cacp.uscourts.gov>; OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>
**Cc:** Jamille Nicholas <Jamille_Nicholas@cacp.uscourts.gov>; Joey Trabucco <Christopher_Trabucco@cacp.uscourts.gov>
**Subject:** RE: 2:19-cr-00642-VAP-1

Officer Torres – thank you for the email.

Dan – As Officer Torres highlights, it is exceedingly difficult to conduct defense meeting debriefs with Imaad with the 5 p.m. curfew. Given the curfew, we end up needing to stop around 4 p.m. to allow enough time for Imaad to get home. This essentially forces us to host two-day sessions for material that could otherwise be covered within a single day.

Consistent with Officer Torres' email, please let us know if you would stipulate to extending the curfew to 9 p.m. for visits with members of the defense team. Thank you. Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

Steptoe

+1 213 439 9443 direct
+1 213 439 9599 fax

Steptoe & Johnson LLP
633 West Fifth Street
Suite 1900
Los Angeles, CA 90071
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Joe Torres <Joe_Torres@cacp.uscourts.gov>
**Sent:** Monday, March 22, 2021 3:08 PM
**To:** Ram, Ashwin <aram@Steptoe.com>; Daniel.Obrien@usdoj.gov
**Cc:** Jamille Nicholas <Jamille_Nicholas@cacp.uscourts.gov>; Joey Trabucco <Christopher_Trabucco@cacp.uscourts.gov>
**Subject:** 2:19-cr-00642-VAP-1

Good afternoon,

I am the assigned location monitoring Officer for Mr. Zuberi. I am reaching out to both of you after receiving a subsequent late entry from Mr. Zuberi. On March 1, 2021, he failed to enter before the 5pm Court ordered curfew (43-minutes late-Violation 1). Mr. Ram verified that the defendant was in fact with his legal team. It was clarified on this date that I do not have the authority to allow Mr. Zuberi to be out beyond his 5pm curfew, even if it is with his attorneys. This order was made by Judge Phillips. On March 18, 2021, it seemed that he again entered after 5pm, but it was determined not to be the case and he in fact entered on time. Although, on the morning of Friday 3-19-21, I specifically made contact with Mr. Zuberi to address this matter again because on 3-18-21, an attorney for Mr. Zuberi again reached out to disclose that Mr. Zuberi would be late arriving home. Therefore, it was clearly discussed with Mr. Zuberi that he had to assure timeliness, making arrangements to allow for traffic and other issues that might arise. Again, on this same date 3-19-21, Mr. Zuberi arrived home after 5pm citing traffic issues (21-minues late-Violation 2).

Mr. Zuberi has incurred two verifiable violations of his Court ordered curfew, both referencing his meeting with defense counsel. Continued noncompliance will require Court notification and a recommendation. It would be more feasible to consider allowing for more time, ONLY and specifically to meet with defense counsel with verification.

Mr. Ram, I recall that you intended to seek a stipulation with the Court to seek additional time. I have included Mr. Obrien to facilitate the process and seek guidance from both parties. This might be an easier resolution to assure the most benefit to both parties. I look forward to hearing from you both.

Thank You




JOE TORRES
LOCATION MONITORING SPECIALIST
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL PROBATION OFFICE
300 North Los Angeles Street
Los Angeles, CA 90012-3308
Office: Mobile: (909) 841-7894 Fax: (909) 751-3112
Email: Joe_Torres@cacp.uscourts.gov