EXHIBIT 4B

**RECORDING REQUESTED BY:**

Imaad Shah Zuberi

**WHEN RECORDED MAIL TO AND MAIL TAX STATEMENTS TO:**

Name: Imaad Shah Zuberi

Address: 10166 Rush Street

City: South El Monte

State, Zip: CA, 91733

Above Space for Recorder's Use Only

## QUITCLAIM DEED

Title Order No. n/a     Escrow OR LOAN No. n/a     APN No. 5773-016-031

THE UNDERSIGNED GRANTOR(s) DECLARE(s)

DOCUMENTARY TRANSFER TAX is $ 0        CITY TAX $ 0

- [✓] Computed on full value of property conveyed, or
- [ ] Computed on full value less value of liens or encumbrances remaining at time of sale,

- [ ] Unincorporated area    [✓] City of Arcadia        , and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Calif 8, LLC, 201800310143, through its manager Avenue Property Holdings, LLC, and legally authorized representative, Imaad Shah Zuberi, CEO, in accordance with its bylaws and operating agreement

Hereby remise, release and forever quitclaim to
United States of America, Department of Treasury - Internal Revenue Service

The following described real property in the County of: Los Angeles        , State of California:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF.

3/24/2021

Date

Signature

Signature

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not to the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

County of Los Angeles        } ss

On MAR, 24th, 2021, before me, William Shin, Notary public
       Date                           Name and Title of Officer

personally appeared Imaad Shah Zuberi who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Notary Signature

WILLIAM SHIN
COMM. #2291473
Notary Public - California
Los Angeles County
My Comm. Expires June 4, 2023

QD (03/13/2015)        MAIL TAX STATEMENTS TO ADDRESS AS SHOWN ABOVE



EXHIBIT "A"

### LEGAL DESCRIPTION

Real property in the City of Arcadia, County of Los Angeles, State of California, described as follows:

THAT PORTION OF BLOCK 58 OF SANTA ANITA TRACT, IN THE CITY OF ARCADIA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 34 PAGES 41 AND 42 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTH LINE OF SAID BLOCK, DISTANT EAST THEREON 150 FEET FROM THE SOUTHWEST CORNER OF SAID BLOCK; THENCE EAST ALONG SAID SOUTH LINE, A DISTANCE OF 80 FEET TO A POINT DISTANT WESTERLY THEREON 185 FEET FROM THE SOUTHEAST CORNER OF SAID BLOCK; THENCE NORTHERLY PARALLEL TO THE EAST LINE OF SAID BLOCK, A DISTANCE OF 140.45 FEET, MORE OR LESS, TO THE SOUTH LINE OF THE LAND DESCRIBED IN DEED RECORDED IN BOOK BOOK 6596 PAGE 135 OF DEEDS, RECORDS OF SAID COUNTY; THENCE WESTERLY ALONG SAID LAST MENTIONED SOUTH LINE, A DISTANCE OF 80 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH THE WEST LINE OF SAID BLOCK AND PASSES THROUGH THE POINT OF BEGINNING; THENCE SOUTHERLY ALONG SAID PARALLEL LINE, A DISTANCE OF 140.45 FEET TO THE POINT OF BEGINNING.

APN: **5773-016-031**