EXHIBIT 5

**S.com Home**



# Schedule first dose

Choose where and when you want your vaccine appointment(s). Once you select a time slot, we'll hold it up to 30 minutes while you complete registration.

Choose the location for your first dose.

### Search a ZIP code or city & state

> 91733 🔍

Search by entering your 5-digit ZIP or your city & state. For example, "02124" or "Boston, MA".

### Select dose date:

> Monday: April 12, 2021

Available times will show once you choose a date. The page will refresh each time you select.
After you select your date and location, we'll offer a range of dates to choose from in case you need a second dose.

2 pharmacy location(s) with available vaccines found near 91733



**3627 EAST CESAR EAST CHAVEZ AVE.**
LOS ANGELES, CA 90063
8.25 mi    Monday: April 12, 2021
**Vaccine: Moderna (two-dose)**                    ⌃ **Hide available times**

| | | | | | |
|---|---|---|---|---|---|
| 01:15 PM | 01:30 PM | 01:45 PM | 02:15 PM | 02:45 PM | 03:00 PM |
| 03:15 PM | 03:30 PM | 03:45 PM | 04:00 PM | 04:15 PM | 04:30 PM |
| | 04:45 PM | 05:00 PM | 05:15 PM | 05:30 PM | |



**3644 EAST OLYMPIC BOULEVARD**
LOS ANGELES, CA 90023
9.25 mi    Monday: April 12, 2021
**Vaccine: Moderna (two-dose)**                    ⌄ **Show available times**

**Continue scheduling**

Cancel

---

1-800-679-9691 | Contact Us | Feedback
Terms of Use | Privacy Policy
© Copyright 1999 - 2021 CVS.com



**S.com Home**

---

 The location you've chosen offers the two-dose Moderna vaccine. To confirm that time slot, you now need to schedule the second dose and complete registration.

Update first dose appointment



# Schedule second dose

Now, here is the time frame of available dates. We recommend you choose the earliest date at the same location to make sure you get the best service for you.

**Select second dose date:**

Monday: May 10, 2021

These are the available dates offered for your two-dose vaccine. Remember, make sure the time frame works for your schedule. Available times will show once you choose a date. The page will refresh each time you select.

 **3627 EAST CESAR EAST CHAVEZ AVE.**
LOS ANGELES, CA 90063
Monday: May 10, 2021
**Vaccine: Moderna (two-dose)**



| 01:30 PM | 01:45 PM | 02:00 PM | 02:15 PM | 02:45 PM | 03:00 PM |
| 03:15 PM | 03:30 PM | 03:45 PM | 04:00 PM | 04:15 PM | 04:30 PM |
| | 04:45 PM | 05:00 PM | 05:15 PM | |

---

**Can't find a good time?**

Try a different location. Or check later for possible additional openings.

Continue scheduling

Cancel

---

1-800-679-9691 | Contact Us | Feedback
Terms of Use | Privacy Policy
© Copyright 1999 - 2021 CVS.com

