Name & Address:
Ashwin J. Ram (SBN 277513)
aram@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-cr-00155-VAP |
| v. | |
| IMAAD SHAH ZUBERI | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

1. Defendant Imaad Shah Zuberi's Application For Leave To File Document Under Seal;

2. [Proposed] Order Granting Defendant Imaad Shah Zuberi's Application For Leave To File Document Under Seal;

3. Proposed Under Seal Declaration Of Ashwin J. Ram In Support of Reply to Defendant Zuberi's Motion To Extend Surrender Date, Exhibit A; and

4. Proof of Service

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

April 19, 2021
Date

/s/ Ashwin J. Ram
Attorney Name
 Defendant Imaad Shah Zuberi
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**