1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00642-VAP<br>　　　No.: **2:20-cr-00155-VAP**<br><br>**FILED UNDER SEAL**<br><br>**ORDER DENYING DEFENDANT IMAAD SHAH ZUBERI'S APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**<br><br>Judge: Hon. Virginia A. Phillips<br><br>Date: May 3, 2021<br>Time: 9:00 a.m.<br>Ctrm.: 8A |

ORDER GRANTING APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

**ORDER**

This Court, having considered the Application for Leave to File Document Under Seal in Support of Defendant Zuberi's Reply to Motion to Extend Surrender Date Under Seal, hereby DENIES the application, finding no good cause exists for the requested sealing order. The documents are not to be filed and returned to counsel.

IT IS SO ORDERED.

Dated:  April 20, 2021

*Virginia A. Phillips*
The Honorable Virginia A. Phillips
United States District Judge