Name and address:
Ashwin J. Ram (SBN 277513)
aram@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Imaad Shah Zuberi,<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>2:20-cr-00155-VAP<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL _ON A LIMITED BASIS_** |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party.  In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record.  In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

**SECTION I - WITHDRAWING ATTORNEY** **- ON A LIMITED BASIS** (See Attachment 1).

_Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):_

Name: Ashwin J. Ram                                                                CA Bar Number: 277513

Firm or agency:   Steptoe & Johnson LLP

Address:  633 West Fifth Street, Suite 1900, Los Angeles, California 90071

Telephone Number:  (213) 439-9400                          Fax Number:   (213) 439-9599

E-mail: aram@steptoe.com

Counsel of record for the following party or parties:   Defendant Imaad Shah Zuberi

Other members of the same firm or agency also seeking to withdraw:

## SECTION II - NEW REPRESENTATION

☒ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☐ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: _____  CA Bar Number: _____

Firm or agency: _____

Address: _____

Telephone Number: _____  Fax Number: _____

E-mail: _____

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case. (On a limited basis, as stated in Attachment 1).

Date: April 22, 2021          Signature: *Ashwin J. Ram*

                              Name: Ashwin J. Ram

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: _____          Signature: _____

                              Name: _____

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☐ substitution of counsel as specified above.          (On a limited basis, as stated in Attachment 1).

☐ representing myself *pro se* in this case.

Date: April 22, 2021          Signature: _____

                              Name: Imaad Shah Zuberi

                              Title: Defendant

<u>**ATTACHMENT 1**</u>

Under Local Rule, 83-2.3.2, counsel for Defendant Imaad Shah Zuberi, Steptoe & Johnson LLP, through Ashwin J. Ram, move to withdraw as counsel on a limited basis.  In support of this motion, Mr. Ram states as follows:

Mr. Ram is one of three attorneys retained by Mr. Zuberi in the above listed matter.  Mr. Ram is a partner at the law firm of Steptoe & Johnson LLP ("Steptoe"). Consistent with Steptoe's obligations under applicable rules of professional conduct and California Rule 1.16(b)(6), and to avoid any "thrust upon" conflict related to another Steptoe client, Steptoe will not be handling the Brady request, any related filings, or public argument concerning that other client.

Mr. Zuberi has consented to this arrangement and there is no prejudice because existing co-counsel of record, David Warrington of Kutak Rock LLP, will handle those aspects of Mr. Zuberi's representation.