Ashwin J. Ram (SBN 277513)
*aram@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Attorney for Defendant*
Imaad Shah Zuberi

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　　Defendant. | Case No.: 2:20-cr-00155-VAP<br><br>**DECLARATION OF ASHWIN J. RAM REGARDING ORDER OF SEALED SENTENCING TRANSCRIPT FOR APPEAL**<br><br>Judge:  Hon. Virginia A. Phillips |

I, Ashwin J. Ram, declare as follows:

1.      I am an attorney licensed to practice law in the state of California, and am admitted to practice before this Court.

2.      I represent the Defendant, Imaad Shah Zuberi, on appeal from the judgment of conviction and sentence in this case.  On March 10, 2021, prior counsel for Mr. Zuberi filed an Application to Substitute Attorney and the Application granting my representation of Mr. Zuberi was granted (Dkt. 92-93). I filed Mr. Zuberi's notice of appeal on April 8, 2021 (Dkt. 97).

3.      I am lodging the accompanying Transcript Order Form (Form G-120), attached hereto as Exhibit 1, ordering a copy of the sealed portion of Mr. Zuberi's sentencing hearing (Feb. 18, 2021) for appeal, in compliance with Federal Rule of Appellate Procedure 10(b)(1)(A) and Ninth Circuit Rule 10-3.2(d).

4.      The sealed portion of the sentencing transcript is under seal because that portion of the sentencing proceeding may have concerned sensitive or classified information and evidence.  Neither I nor any member of Mr. Zuberi's appeal team currently possesses the security clearance necessary to receive the sealed portion of the transcript referring to classified information.

5.      I am nonetheless lodging the order for the transcript in order to comply with the deadlines imposed by F.R.A.P. 10(b)(1)(A) and 9th Cir. R. 10-3.2(d).  I do not seek to receive the sealed portion of the transcript until I have received the proper security clearance and can receive the transcript under proper procedures for handling classified material.

6.      I, along with other attorneys working with me to represent Mr. Zuberi on appeal, have initiated a request for the necessary security clearance to the Litigation Security Group of the U.S. Department of Justice and to Classified Information Security Officer (CISO) W. Scooter Slade, in connection with Mr.

DECLARATION OF ASHWIN J. RAM REGARDING ORDER OF
SEALED SENTENCING TRANSCRIPT FOR APPEAL

Zuberi's appeal.  CISO Slade has estimated that access to classified material is anticipated as early as May 3, 2021.

      7.    When access to classified material is granted, I will notify the Court, and will make arrangements through CISO Slade, for proper handling and receipt of the sealed portion of the sentencing transcript.

      8.    CISO Slade may be reached at DOJ-Security Litigation Group, 145 N Street N.E., Suite 2W-115, Washington, D.C.  20530, (202) 514-9016.  His email address is Scooter.Slade@usdoj.gov.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 26th day of April 2021 in Los Angeles, California.

*Ashwin J. Ram*

Ashwin J. Ram

DECLARATION OF ASHWIN J. RAM REGARDING ORDER OF
SEALED SENTENCING TRANSCRIPT FOR APPEAL