# EXHIBIT 1

**EXHIBIT 1**
**3**

# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Inez Brown |
| 2a. Contact Phone Number | (213) 439-9400 |
| 3a. Contact E-mail Address | ibrown@steptoe.com |
| 1b. Attorney Name (if different) | Ashwin J. Ram |
| 2b. Attorney Phone Number | (213) 439-9400 |
| 3b. Attorney E-mail Address | aram@steptoe.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
STEPTOE & JOHNSON LLP
633 W. Fifth Street, Suite 1900
Los Angeles, California 90071

5. Name & Role of Party Represented: Defendant Imaad Shah Zuberi

6. Case Name: United States of America v. Imaad Shah Zuberi

7a. District Court Case Number: 2:20-cr-00155-VAP

7b. Appeals Court Case Number: 21-50084

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miranda Algorri

9. THIS TRANSCRIPT ORDER IS FOR: ☒ Appeal ☐ Non-Appeal   ☐ Criminal ☐ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/18/2021 | Phillips | Partial Transcript of Sentencing (Sealed) | ● | ○ | ○ | ○ | ○ | ○ | ● _____ | EXPEDITED (7-day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 4/26/2021   Signature: Ashwin J. Ram

G-120 (06/18)

**EXHIBIT 1**

4