NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United State of America,<br><br>           Plaintiff(s)<br>v.<br>Imaad Shah Zuberi,<br><br>           Defendant(s). | CASE NUMBER:<br>2:20-cr-00155-VAP<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**<br><u>*ON A LIMITED BASIS*</u> |
|---|---|

The Court hereby orders that the request of:

__Imaad Shah Zuberi__      ☐ Plaintiff    ☒ Defendant    ☐ Other ____
*Name of Party*

to substitute ___David Warrington_____ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

___Kutak Rock LLP, 901 East Byrd Street Suite 1000___
*Street Address*

___Richmond, VA 23219-4071___        ___david.warrington@kutakrock.com___
*City, State, Zip*                            *E-Mail Address*

___202-828-2437___        ___202-828-2488___        ___Admitted Pro Hac Vice___
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record instead of ___Ashwin J. Ram (On a Limited Basis, see Attachment 1).___
                                *List **all** attorneys from same firm or agency who are withdrawing*

is hereby      **X GRANTED** ☐ DENIED

Dated  April 26, 2021

*/s/ Virginia A. Phillips*
Virginia A. Phillips
United States District Judge