```
TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2468
     Facsimile:  (213) 894-2927
     E-mail:     daniel.obrien@usdoj.gov
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
     E-mail:    evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. LACR19-642-VAP |
| | ) No. LACR20-155-VAP |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER RE BOND |
| v. | ) |
| | ) |
| IMAAD SHAH ZUBERI, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's application to modify the terms and conditions of defendant's bond pending surrender shall include the following additional conditions:

1. Defendant will surrender to the U.S. Marshals Service in Los Angeles before noon on June 18, 2021.

2. Defendant's shall post an additional cash bond of $1 million on or before 5 p.m. on May 14, 2021;

3. Defendant's curfew is extended to cover weekends, that is, from 5:00 p.m. on Fridays to 9:00 a.m. on Mondays;

4. Defendant is permitted to travel to Orange County during non-curfew hours only for the purpose of visiting his mother's gravesite at the Islamic Society of Orange County, Garden Grove, California, and only upon 24-hour advance notice to the U.S. Attorney's Office and the U.S. Probation Office.

Dated: _____          _____
                             UNITED STATES DISTRICT JUDGE

Submitted by:


_____/s/_____
DANIEL J. O'BRIEN
Assistant United States Attorney