# EXHIBIT 2



May 3, 2021

SA John Lucero
Department of the Treasury
Internal Revenue Service- Criminal Investigation
2350 Flair Drive
4th Floor, C1:08
El Monte, CA 91731
john.lucero@ci.irs.gov

Dear Special Agent Lucero;

<u>Re: United States of America v Imaad Shah Zuberi,</u>
<u>Case No: CR 19-642-VAP</u>

Enclosed please find the requested account statements from March 1, 2021 to April 22, 2021, for account(s) ▪▪▪▪▪▪, and ▪▪▪▪▪▪.  Please be advised that statements cannot be provided through May 3, 2021, as requested as the statement(s) for this time period are not yet available.  HSBC Bank USA, N.A., confirms that there have been no transactions for the account ending in ▪▪▪▪ since the last statement date, and one additional transaction on April 29, 2021, for the account ending in 7195, a check made payable to the IRS, a copy of the check is enclosed.

Finally, HSBC Bank was unable to produce wire records the same day, however we have reviewed the transactions history outlined in your request, and we can confirm the originator of the wire on April 16, 2021 is Granite Escrow & Settlement.  The wire record has been ordered and will be sent to you upon receipt.

The undersigned certifies being the custodian of the records to which this certificate is annexed, that these records are true and accurate photocopies of records maintained in the actual course of business of this institution, further, that it is this institution's ordinary business to maintain such records, that such records were made contemporaneously with the transactions stated therein, or within a reasonable time after said transaction.

The enclosed materials concern or may concern nonpublic, confidential, proprietary or privileged business, commercial and/or personal information concerning HSBC Bank USA, N.A., its personnel and/or its customers, including financial customer information and/or trade secrets.

 - **HSBC Bank USA, National Association**
P.O. Box 1145, Buffalo, NY 14240

|RESTRICTED|



Accordingly, these materials are subject to all applicable provisions governing the use of such information, including any protective order or confidentiality obligation, grand jury requirements, or federal or state Freedom of Information Acts, and may only be used in connection with the above-referenced matter.

If I can be of further assistance, to in you in this matter please contact me at (716) 841-4469, or at (877) 874-2403.

Sincerely,


Nicole A Annunziata
Legal Paper Regulatory Specialist
Legal Paper Processing
HSBC Bank USA, N.A.
2929 Walden Ave, C-84
Depew, NY 14043

enc.

- **HSBC Bank USA, National Association**
P.O. Box 1145, Buffalo, NY 14240

|RESTRICTED|



P.O. Box 1393  
Buffalo, NY 14240-1393

**Questions?**  
Call 1.877.472.2249  
TTY 1.800.898.5999  
us.hsbc.com  
Or write:  
HSBC  
P.O. Box 9  
Buffalo, New York 14240

FOUNTAIN 8 LLC  
10166 RUSH ST  
S EL MONTE    CA  917333224

Effective Monday, December 21st and through Friday, April 2nd our branches will be open for business with modified hours of operation. Weekday branch hours will be Monday through Friday, 10am-4pm. All ATMs will remain available. For Saturday hours and the most up to date information on our branches please visit our branch locator at https://www.us.hsbc.com/branch-locator/.

We've created an information center with up-to-date information on our branches and additional resources to help you navigate the financial challenges created by COVID-19. Learn more at https://www.us.hsbc.com/coronavirus-update/.

---

**FUSION FIRST**

**ACCOUNT NUMBER** ▓▓▓▓▓▓▓▓  
**STATEMENT PERIOD**   02/23/21 TO 03/22/21

*FOUNTAIN 8 LLC*

| | |
|---|---:|
| **BEGINNING BALANCE** | $5,367.69 |
|    DEPOSITS & OTHER ADDITIONS | $0.00 |
|    WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| **ENDING BALANCE** | $5,367.69 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 02/23/21 | OPENING BALANCE | | | $5,367.69 |
| 03/22/21 | ENDING BALANCE | | | $5,367.69 |

*All deposited items are credited subject to final payment.*

---

*Please examine your statement at once.*    *If you change your address, please notify us of your new address.*

HSBC Bank USA, N.A.  (Rev. 6/2018) sMe            Page 1 of 2

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN. USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2021 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.





P.O. Box 1393
Buffalo, NY 14240-1393

FOUNTAIN 8 LLC
10166 RUSH ST
S EL MONTE    CA  917333224

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

---

**FUSION FIRST**

**ACCOUNT NUMBER** ▮▮▮▮▮▮▮▮

**STATEMENT PERIOD**  03/23/21 TO 04/22/21

*FOUNTAIN 8 LLC*

| | |
|---|---:|
| **BEGINNING BALANCE** | $5,367.69 |
| DEPOSITS & OTHER ADDITIONS | $0.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| **ENDING BALANCE** | **$5,367.69** |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---:|
| 03/23/21 | OPENING BALANCE | | | $5,367.69 |
| 04/22/21 | ENDING BALANCE | | | $5,367.69 |

*All deposited items are credited subject to final payment.*

---

*Please examine your statement at once.*     *If you change your address, please notify us of your new address.*

HSBC Bank USA, N.A.  (Rev. 6/2018) sMe

For Consumer Accounts On y:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
E ectron c transfers (ca ed transfers be ow) means a) depos ts, w thdrawa s, or payments made at an ATM or store term na , b) b  payer transfers c) a  other e ectron c transfers (e.g., payro  depos ts, Soc a  Secur ty depos ts,  nsurance payments, etc.).

If you th nk your statement or rece pt  s wrong, or  f you need more  nformat on about a transfer on the statement or rece pt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN   USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no  ater than 60 days after we sent you the FIRST statement on wh ch the error or prob em appeared.

(1) Te  us your name and account number ( f any).
(2) Descr be the error or the transfer you are unsure about, and exp a n as c ear y as you can why you be eve there  s an error or why you need more  nformat on.
(3) Te  us the do ar amount of the suspected error.

We w   nvest gate your comp a nt and w   correct any error prompt y. If we take more than 10 bus ness days to do th s, we w   cred t your account for the amount you th nk  s  n error, so that you w   have the use of the money dur ng the t me  t takes to comp ete our  nvest gat on.

© 2021 HSBC Bank USA, Nat ona  Assoc at on
HSBC Bank USA, Nat ona  Assoc at on
Member FDIC.





P.O. Box 1393
Buffalo, NY 14240-1393

CALIF 8 LLC
10166 RUSH ST
S EL MONTE    CA  917333224

**Questions?**
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

Effect ve Monday, December 21st and through Fr day, Apr  2nd our branches w   be open for bus ness w th mod f ed hours of operat on. Weekday branch hours w   be Monday through Fr day, 10am-4pm. A   ATMs w    rema n ava  ab e. For Saturday hours and the most up to date  nformat on on our branches p ease v s t our branch  ocator at https://www.us.hsbc.com/branch- ocator/.

We ve created an  nformat on center w th up-to-date  nformat on on our branches and add t ona  resources to he p you nav gate the f nanc a  cha  enges created by COVID-19. Learn more at https://www.us.hsbc.com/coronav rus-update/.

## FUSION FIRST

**ACCOUNT NUMBER**

**STATEMENT PERIOD** 02/23/21 TO 03/22/21

*CALIF 8 LLC*

| | |
|---|---:|
| **BEGINNING BALANCE** | $26,857.61 |
|   DEPOSITS & OTHER ADDITIONS | $18,908.34 |
|   WITHDRAWALS & OTHER SUBTRACTIONS | $1,950.00 |
| **ENDING BALANCE** | **$43,815.95** |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 02/23/21 | OPENING BALANCE | | | $26,857.61 |
| 03/01/21 | Check #1022 | | 1,950.00 | $24,907.61 |
| 03/19/21 | DEPOSIT | 1,000.00 | | $25,907.61 |
| 03/22/21 | DEPOSIT | 17,908.34 | | $43,815.95 |
| 03/22/21 | ENDING BALANCE | | | $43,815.95 |

*All deposited items are credited subject to final payment.*

**ITEMS PAID ON THIS STATEMENT**

#1022  ......... 1,950.00

*Please examine your statement at once.*    *If you change your address, please notify us of your new address.*

HSBC Bank USA, N.A.  (Rev. 6/2018) sMe      Page 1 of 2

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN. USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2021 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.





P.O. Box 1393
Buffalo, NY 14240-1393

CALIF 8 LLC
10166 RUSH ST
S EL MONTE    CA  917333224

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

## FUSION FIRST

**ACCOUNT NUMBER** ▮▮▮▮▮▮▮▮
**STATEMENT PERIOD** 03/23/21 TO 04/22/21

*CALIF 8 LLC*

| | |
|---|---:|
| BEGINNING BALANCE | $43,815.95 |
| DEPOSITS & OTHER ADDITIONS | $4,031,069.57 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $24,124.25 |
| ENDING BALANCE | $4,050,761.27 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 03/23/21 | OPENING BALANCE | | | $43,815.95 |
| 03/23/21 | CASH DISBURSEMENT FRANCHISE TAX BO PAYMENTS FRANCHISE PAYMENTS   77833509 PM | | 800.00 | $43,015.95 |
| 03/26/21 | PAYMENT TO LA CO TTC PAYMNT TAX LA CO TTC TAX      7983734 | | 23,249.25 | $19,766.70 |
| 04/16/21 | 2021041600014017 106588451 GRANITE ESCROW & SETTLEMENT ESC 10 11736 KLW W 1726 53RECD FED FEDSEQ:B1Q8983R003374 | 4,015,623.41 | | $4,035,390.11 |
| | 2021041600014017 WIRE FEE INCOMING USD 15.00 | | 15.00 | $4,035,375.11 |
| 04/19/21 | DEPOSIT | 15,446.16 | | $4,050,821.27 |
| 04/21/21 | STOP PAYMENT FEE 00001   ORDERS | | 30.00 | $4,050,791.27 |
| | STOP PAYMENT FEE 00001   ORDERS | | 30.00 | $4,050,761.27 |
| 04/22/21 | ENDING BALANCE | | | $4,050,761.27 |

*All deposited items are credited subject to final payment.*

*Please examine your statement at once.*   *If you change your address, please notify us of your new address.*

HSBC Bank USA, N.A.  (Rev. 6/2018) sMe            Page 1 of 2

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN AT USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2021 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.





| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
|  | 04/29/2021 | 0 | 0000001023 | 2700000.00 | 7815002188 | 001023 |