EXHIBIT 3

Daniel J. O'Brien, Assistant United States Attorney
312 N. Spring Street, 15th Floor, Los Angeles, CA 90012
Tel: ██████████████████
Agent: SA John Lucero
Tel: ██████████████
Email: ████████████████████

Deposit Account Services
Tracey Phang-LPS I

APR 3 0 2021

Mail /Fax /Personal Serv.
Time: 3 . 15

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | CR 19-642-VAP |
| v. | | |
| Imaad Shah Zuberi, | | **SUBPOENA IN A CRIMINAL CASE** |
| | DEFENDANT(S) | |

TO:  East West Bank

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: 350 W. 1st Street, Los Angeles, CA 90012-   Honorable Virginia A. Phillips   , Courtroom: 8A- 8th Floor

Date: May, 3, 2021   , Time: 9:00 AM   .

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Any and all bank statements for the period  of March 1, 2021 through May 3, 2021 for all accounts that Imaad Zuberi or Willa Rao have either an ownership interest or signature authority over, provide all specific items reflecting deposits or credits into and withdrawals or debits out of accounts that equal or exceed $50,000.

The following are known account ████████ and ████████ please do not limit the response to only these accounts. Please also provide the monthly account statements.

Kiry K. Gray

Kiry K. Gray, Clerk of Court

April 29, 2021

Date

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **Received by Server** | | |
| **Served** | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ Yes ☐ No Amount $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____     _____
  *Date*                                                                  *Signature of Server*

Address of Server: _____

ADDITIONAL INFORMATION.



**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

**JOHN LUCERO**
SPECIAL AGENT



El Monte, CA 91731

Office: █████████
Fax: █████
Cell █████████



## EAST WEST BANK

### DECLARATION CONCERNING BANK RECORDS
### UNDER SECTION 1561 OF THE EVIDENCE CODE

1.  The undersigned officer of East West Bank (the Bank), having been duly authorized to make this declaration, declares on behalf of the Bank:

2.  He/she is a duly authorized custodian of the Bank's records, as to which he/she is qualified to testify and authorized to certify;

3.  He/she has read the subpoena described on the envelope or wrapper with which this Declaration is enclosed, and has made and caused to be made a diligent search for all such records at the office of the Bank upon which the subpoena was served. After such diligent search for all described records:

    ☒ If this box is checked, copies of all of the records described in the subpoena are produced herewith;

    ☐ If this box is checked, the Bank only has part of the described records, copies of which are produced herewith; Items not produced due to not being able to locate.

    ☐ If this box is checked, the Bank has none of the described records for the time frame stated in the subpoena and thus, no records are produced herewith.  See paragraph 5 below.

4.  The copies of records enclosed herewith and identified below, if any, are true copies of records described in the subpoena and found at the office of the Bank, the originals of which were prepared by the personnel of the office of the Bank in the ordinary course of business at or near the time of the act, condition or event so recorded.

5.  Identification of records produced herewith is as follows: EWB File Number: S-21-101-272

    | ⇒ | Statements, & Wire. |
    |---|---|

6.  The mode of preparation of the records identified above was as follows:

    | ⇒ | **From FundTech Database: Wires** |
    |---|---|
    | ⇒ | **From EWB Computer Database (Synergy):** Statements |

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**
Executed April 30, 2021 at 9300 Flair Drive, 4th Floor, El Monte, CA 91731.

DocuSigned by:

*Eunice Bustos*

585AF31E330144E...

_____
Signature

Eunice Bustos
_____
Type Name

Legal Processing Specialists I
_____
Type Title

(Rev. 6/09)



**EAST WEST BANK**

Case# S-21-101-272

East West Bank
Attention: James L. Miller
███████████████████
El Monte, CA  91731

**DANIEL J. O'BRIEN, AUSA**
**312 N. SPRING STREET, 15TH FLOOR**
**LOS ANGELES, CA 90012**

**DANIEL J. O'BRIEN #** ███████████

**Tax I.D. Number: 95-2795851**

| | | | |
|---|---|---|---|
| Research & Processing - Clerical | 1 hrs | @  $22.00 per hour | =$22.00 |
| Research & Processing – Manager/Supervisor | .5 hrs | @  $30.00 per hour | =$15.00 |
| Research & Processing – Computer Specialist | 0 hrs | @  $30.00 per hour | =$0.00 |
| Production of paper records | 0 copies | @  $.25 per page | =$0.00 |
| Storage Retrieval (File Keepers) | 0 boxes | @ $15.20 per box | =$0.00 |
| Storage Restocking (File Keepers) | 0 boxes | @ $12.95 per box | =$0.00 |
| Storage Media (CD, Case & Envelope) | 0 media | @ $5.00 each | =$0.00 |
| Postage/Delivery Fees (USPS or FedEx) | 0 envelope @ $ FedEx cost | | =$0.00 |

**Total Cost to Provide Records**                                     **=$37.00**

Should you have any questions, please feel free to contact me at (626) 371-8535.

Sincerely,

*Kailie Zhang*
Digitally signed by Kailie
Zhang
DN: cn=Kailie Zhang, o=East
West Bank, ou,
email=kailie.zhang@eastwest
bank.com, c=US
Date: 2021.04.30 16:13:53
-07'00'

Kailie Zhang
Legal Processing Specialists II

PAGE

##XXH1928DPCSTM

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

```
                                                    ACCOUNT STATEMENT
                                                          Page 1 of 1
                                       STARTING DATE: March 01, 2021
                                         ENDING DATE: March 31, 2021
                            Total days in statement period: 31
                                                       80-03062588
                                                            ( 0)

                                            Direct inquiries to:
                                               888 761-3967
```

MCCULLOCH 18 LLC
10166 RUSH ST
EL MONTE CA 91733

Standard Business Checking

```
Account number
Low balance                $15,152.88
Average balance            $15,152.88
                                        Beginning bal           $15,152.88
                                        Total additions   ( 0)         .00
                                        Total subtractions( 0)         .00
                                        Ending balance          $15,152.88
```

** No activity this statement period **

OVERDRAFT/RETURN ITEM FEES

```
---------------------------------------------------------------------------
|                                     | Total for   |      Total          |
|                                     | this period |   year-to-date      |
|-------------------------------------|-------------|---------------------|
| Total Overdraft Fees                |      $0.00  |        $0.00        |
|-------------------------------------|-------------|---------------------|
| Total Returned Item Fees            |      $0.00  |        $0.00        |
---------------------------------------------------------------------------
```

View Deposit Transaction History - ████████ Demand Deposit Account - Bank 928        Page 1 of 1

McCulloch 18 LLC

████████ Demand Deposit Account

**Account Identification ▾**

| | | | | |
|---|---|---|---|---|
| McCulloch 18 LLC | Home: | | Tax ID: | 47-4995315 F |
| 10166 Rush St | Work: | | Last deposit: | 18.51, 01/28/2021 |
| El Monte CA 91733 | Branch: | 8868 - Virtual Branch - Cre | Current bal: | 15,152.88 |
| | Prim officer: | 8203 - Stella Sun | | |

| | | | |
|---|---|---|---|
| Ledger balance: | 15,152.88 | Today's activity: | 0.00 |
| Current balance: | 15,152.88 | Total Holds: | 0.00 |
| Account available balance: | 15,152.88 | Float: | 0.00 |
| Total accessible balance: | 15,152.88 | Unused PRA: | |
| Closing balance: | 15,152.88 | Related available balance: | 0.00 |
| Last statement: | 03/31/2021 | | |

0  Transactions from 04/01/2021 to 04/30/2021

| Date | Check | Debit | Credit | Other | Description | Status | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

No transactions meet search criteria.

Close Message Area

80-03084772     PAGE

##XXH1928DPCSTM     ███████████

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

ACCOUNT STATEMENT
Page 1 of 2
STARTING DATE: March 01, 2021
ENDING DATE: March 31, 2021
Total days in statement period: 31
( 0)

Direct inquiries to:
888 761-3967

ROSEMEAD 32 LLC
10166 RUSH ST
SOUTH EL MONTE CA  91733-3224

Standard Business Checking

Account number
Low balance          $36,483.10
Average balance      $55,536.61

Beginning bal                $58,088.50
Total additions   ( 5)        52,742.77
Total subtractions( 5)        74,348.17
Ending balance               $36,483.10

CREDITS

| Number | Date | Transaction Description | Additions Control Number |
|---|---|---|---|
| | 03-01 | Pre-Auth Credit 121108250 CCDDEPOSIT | |
| | | 210301 | 2,580.00 111000027720727 |
| | 03-05 | Deposit | 302.63 00000705537950 |
| | 03-15 | Pre-Auth Credit LA COUNTY DEVELO PAYMENT | |
| | | RMR*IV*78347**9100 \ | 9,100.00 111000020171684 |
| | 03-22 | Deposit | 257.81 000007831768470 |
| | 03-22 | Deposit | 40,502.33 000007831768380 |

DEBITS

| Date | Transaction Description | Subtractions Control Number |
|---|---|---|
| 03-10 | Automatic Pmt  AUTOMATIC LOAN PAY | 16,948.24 000000000000000 |
| 03-23 | Preauth Debit  FRANCHISE TAX BO PAYMENTS 210323 77833818 | |
| | PM | 800.00 122000495344744 |
| 03-23 | Preauth Debit  FRANCHISE TAX BO PAYMENTS 210323 77833835 | |
| | PM | 800.00 122000495344761 |
| 03-23 | Preauth Debit  FRANCHISE TAX BO PAYMENTS 210323 77833861 | |
| | PM | 2,500.00 122000495344787 |
| 03-26 | Preauth Debit  LA CO TTC PAYMNT TAX 210326 | 53,299.93 021000020419698 |

##XXH1928DPCSTM          ████████████████

ACCOUNT STATEMENT
Page 2 of 2

135 N. Los Robles Ave., 6TH FL.                    STARTING DATE: March 01, 2021
Pasadena, CA. 91101                                 ENDING DATE: March 31, 2021
                                          Total days in statement period: 31

           ROSEMEAD 32 LLC

                                                                        ( 0)

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02-28 | 58,088.50 | 03-10 | 44,022.89 | 03-23 | 89,783.03 |
| 03-01 | 60,668.50 | 03-15 | 53,122.89 | 03-26 | 36,483.10 |
| 03-05 | 60,971.13 | 03-22 | 93,883.03 | | |

OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Rosemead 32 LLC
 Demand Deposit Account

**Account Identification** ▼

| | | | | |
|---|---|---|---|---|
| Rosemead 32 LLC | Home: | | Tax ID: | 82-2325354 F |
| 10166 Rush St | Work: | | Last deposit: | 5,227,835.32, 04/22/2021 |
| South El Monte CA 91733-3224 | Branch: | 8868 - Virtual Branch - Cre | Current bal: | 5,280,783.93 |
| | Prim officer: | 8203 - Stella Sun | | |

| | | | |
|---|---|---|---|
| Ledger balance: | 5,280,783.93 | Today's activity: | 0.00 |
| Current balance: | 5,280,783.93 | Total Holds: | 0.00 |
| Account available balance: | 5,280,783.93 | Float: | 0.00 |
| Total accessible balance: | 5,280,783.93 | Unused PRA: | |
| Closing balance: | 5,280,783.93 | Related available balance: | 0.00 |
| Last statement: | 03/31/2021 | | |

10  Transactions from 04/01/2021 to 04/30/2021

| Date | Check | Debit | Credit | Other | Description | Status | Balance |
|---|---|---|---|---|---|---|---|
| 04/22/2021 | | 5.00 | | | 368 - Service Charge | | |
| 04/22/2021 | | | 5,227,835.32 | | 782 - Swift In Bk Credit | | |
| 04/19/2021 | Image | | 33,996.62 | | 757 - Deposit | | |
| 04/19/2021 | Image | | 352.13 | | 757 - Deposit | | |
| 04/19/2021 | 1 | | | 0.00 | 586 - Available Float | | |
| 04/19/2021 | 1 | | | 352.13 | 580 - Collectable Float | | |
| 04/15/2021 | 1102 | 650.00 | | | 800 - Check | | |
| 04/12/2021 | | 16,948.24 | | | 847 - Automatic Pmt | Force Post | |
| 04/07/2021 | 1100 | 2,860.00 | | | 800 - Check | | |
| 04/01/2021 | | | 2,580.00 | | 736 - Pre-Auth Credit | | |

# Book Transfer Message

Printed: 4/30/2021  3:48:14PM                    **Requested By:**    kzhang

**VERSION:**    0

## MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | $5,227,835.32 | **Message ID:** | 210422070746H300 | **PDM:** | |
| **Currency:** | USD | **Latest Version:** | 0 | **Priority:** | M |
| **Value Date:** | 04/22/2021 | **Time:** | 07:07:50 | **URC:** | |
| **Bank ID:** | 001 | **Department:** | WIR | **Status:** | COMPLETE |
| | | **Branch:** | 8858 | **Template:** | |
| | | **Charge:** | | **Purpose of wire:** | |
| **Fee:** | | **Source:** | ONE | | |
| **Ref. No.:** | 210422070746H300 | **External Ref.:** | UOB4235Z4XIUM | **Country Code :** | US |

## MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| **Sender ABA:** | | **Sender Name:** | | **Ref. No.:** | 210422070746H300 |
| **Receiver ABA:** | | **Receiver Name:** | | **Prod. Code:** | |
| **Ref. IMAD:** | | | | **Local Instrument Code:** | |
| **IMAD:** | | | **Prop. Code:** | | |
| **OMAD:** | | | | **Ref. for Bnf.:** | |
| **As of Reason:** | **As of Date:** | | **Disposition:** | | |
| **Db Acc Off:** 001 | **Db Acc No:** ▆▆▆▆ | | **Db Acc Type:** | DDA | |
| **Cr Acc Off:** 001 | **Cr Acc No:** ▆▆▆▆ | | **Cr Acc Type:** | DDA | |
| **Db Advice:** CSBKDBEM | **Db Fee:** 0.00 | | **Cr Advice:** | NON | **Cr Fee:** 0.00 |
| **Drawdown Credit Account:** | | | | | |
| **Originator:** | **Originator Option F:** N | | **Beneficiary:** | | |

**Originator:**    **Originator Option F:**    N

▆▆▆▆

CENTRAL ESCROW GROUP INC

ARCADIA TRUST ACCOUNT

515 W GARVEY AVE  118

MONTEREY PARK, CA 91754-2703

**Originator Bank:**

**Beneficiary:**

▆▆▆▆

ROSEMEAD 32 LLC

10166 RUSH ST

SOUTH EL MONTE, CA 91733-3224

**Beneficiary Bank:**

**MESSAGE TEXT CONTINUED**

**Instructing Bank:**                                          **Intermediary Bank:**

**Drawdown Debit Account:**                                    **Correspondent Bank:**

**Originator Bank Info:**       ESCROW #169155-PC,6644 ROSEMEAD BLVD.,SAN GABRIEL, CA 91775

**Free Text:**

**BANK TO BANK INFORMATION**

**Receiver Bank Info:**

**Drawdown Debit Account:**
**Advice Code:**

**Advice Info:**

**Intermediary Bank Info:**

**BANK TO BANK INFORMATION CONTINUED**

**Intermediary Advice Info:**

      **Advice Code:**

      **Advice Info:**

**Beneficiary Bank Info:**

**Beneficiary Bank Advice Info:**

      **Advice Code:**

      **Advice Info:**

**Beneficiary Info:**

**Beneficiary Advice Info:**

      **Advice Code:**

      **Advice Info:**

**BANK TO BANK INFORMATION CONTINUED**

**Beneficiary MOP:**

        **MOP Code:**

        **MOP Info:**

**Bank to Bank Info:**

**Charges:**

    **Sender Charges:**        **Receiver Charges:**        **Instructed:**

        **1.**                **Currency:**                **Currency:**

        **2.**                 **Amount:**                   **Amount:**

                           **Remote Initiator:**        **Values quoted to customer:**

        **3.**                 **Remote Verifier:**           **Amt(USD):**

        **4.**                 **Remote Releaser:**           **Exch Rate:**

**Exchange Rate:**                **Math Rule :**        **Misc Notes :**

**Spread:**

**Bank Op code:**

**Message Index:**                 **Authorization Method:**

**Fee Account No:**                   **Message Total:**

**ERRORS :**

| DATE | TIME | TEXT |
|------|------|------|
| 04/22/2021 | 07:08:01 | Fraud Monitoring(1) HOLD: Risk Factors BeneTrust OrigTransAmt Red Yellow 3k |

**AUDIT TRAIL :**

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|------|------|------|--------|----------|---------|------------|
| 04/22/2021 | 07:43:55 | GUARDIAN | EXTINTEX | 0.00 | FREE | ▇▇▇▇▇ |
| 04/22/2021 | 07:08:01 | SYSTEM | EXTINTEX | 0.00 | EXTINTEX | ▇▇▇▇▇ |

**NOTES :**

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|------------|---------|---------|------|
|  |  |  |  |

**BSA NOTES :**

| Name | | | |
|------|------|------|------|
| Address | | | |
| City | | State | Zip |
| Phone | | SSN | Tax Payer ID |
| Driver License | | State Issued | Expiration |
| Comments | | | |

**ORIGINAL RAW MESSAGE :**

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

**OUTGOING RAW MESSAGE 1 :**

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

**OUTGOING RAW MESSAGE 2:**

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

**CTP-COVER :**

| Originator (50a) | Beneficiary (59) |
| --- | --- |
| Originating Bank (52a) | Beneficiary Bank (57a) |
| Remittance info (70) | Intermediary Bank (56a) |
| Sender to Receiver info (72) | Instructed Amount (33b) |
| | Amount: |
| | Code: |

**CTP-EXTERNAL RELATED REMITTANCE :**

**ID:**

**Electronic Address:**


**Name:**

**Department:**

**Sub-Department:**

**Street Name:**

**Building Number:**                                        **Post Code:**

**Town Name:**

**Country Sub Division:**                                   **Country Code:**

**Location Method:**                                        **Address Type:**

**Address :**

---

### CTP-UNSTRUCTURED REMITTANCE :

**Unstructured Remittance Contents:**

---

### CTP-STRUCTURED REMITTANCE PARTIES :

## REMITTANCE ORIGINATOR

Name:

ID Type:          ID Code:

ID Number:                              ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:            Post Code:            Town Name:

Country Sub Division:                   Country Code:        Address Type:

Address :

## CONTACT DETAILS

Name:

Phone Number:                Mobile Number:

Fax Number:                  Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type:          ID Code:

ID Number:                              ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:            Post Code:            Town Name:

Country Sub Division:                   Country Code:        Address Type:

Address :

## REMITTANCE DETAILS

PR Type:                          PR Proprietary Type:

PR  ID:                                              PR  Issuer :

Actual Cur:          Actual Amount:              Gross Curr:          Gross Amount:

Disc Curr:          Disc Amount:                 Adj Curr:            Adj Amount:

Rem Date:                                        Adj Reason:          Adj CR/DB:

Adjustment Additional Information:


Sec Type:                         Sec Proprietary Type:

Sec  ID:                                             Sec  Issuer :

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                        Mobile Number:

Fax Number:                          Other Information:

Address:

Imaad S Zuberi
████████ Demand Deposit Account

**Account Identification ▼**

| | | | | |
|---|---|---|---|---|
| Rosemead 32 LLC | Home: | | Tax ID: | 82-2325354 F |
| 10166 Rush St | Work: | | Short name: | Rosemead 32 LLC |
| South El Monte CA 91733-3224 | Branch: | 8868 - Virtual Branch - Cre | Last deposit: | 299.81, 05/03/2021 |
| | Prim officer: | 8203 - Stella Sun | Current bal: | 2,078,583.63 |

| | | | |
|---|---|---|---|
| Ledger balance: | 2,078,583.63 | Today's activity: | 0.00 |
| Current balance: | 2,078,583.63 | Total Holds: | 0.00 |
| Account available balance: | 2,078,583.63 | Float: | 0.00 |
| Total accessible balance: | 2,078,583.63 | Unused PRA: | |
| Closing balance: | 2,078,583.63 | Related available balance: | 0.00 |
| Last statement: | 04/30/2021 | | |

6  Transactions from 04/30/2021 to 05/04/2021

| Date | Check | Debit | Credit | Other | Description | Status | Balance |
|---|---|---|---|---|---|---|---|
| 05/03/2021 | 1106 | 200,000.00 | | | 800 - Check | | |
| 05/03/2021 | Image | | 299.81 | | 757 - Deposit | | |
| 05/03/2021 | | | 2,580.00 | | 736 - Pre-Auth Credit | | |
| 05/03/2021 | 1 | | | 0.00 | 586 - Available Float | | |
| 05/03/2021 | 1 | | | 299.81 | 580 - Collectable Float | | |
| 04/30/2021 | 1105 | 3,005,080.11 | | | 800 - Check | | |

https://insight.fisglobal.com/opstopb1/OpstopServlet/ViewTransactionHistoryDeposit    5/4/2021

**ROSEMEAD 32 LLC**
10166 RUSH STREET
SOUTH EL MONTE, CA 91733

1106

16-7038/3220
8003

April - 23 - 2021
DATE

Pay to the
Order of _Steptoe & Johnson LLP_ | $

DOLLARS

**EASTWESTBANK**
9300 Flair Drive, Suite 100  El Monte, CA 91731

For _Zuberi legal expense_

1106

Harland Clarke

Form 1040 Year 2012, Imaad Zuberi /089-64

ROSEMEAD 32 ELECTRONICALLY PROCESSED ON 042924-23
10160 RUSH STREET                                    -7993
SOUTH EL MONTE, CA 91733 Imaad Zuberi & Willa Rao
April - 23 - 2021

1105°435
16-7038/3220
8003

DATE

Pay to the
Order of    Internal Revenue Service          | $3,005,080.11

three million five thousand eighty & ¹¹/100 DOLLARS

EAST WEST BANK
9300 Flair Drive, Suite 100 El Monte, CA 91731   US VS Imaad Zuberi

For restitution No. 19 - CR - 642

1105

Harland Clarke