# EXHIBIT 4



UNIVERSAL BANK

# DECLARATION OF CUSTODIAL OF RECORDS
## UNDER CALIFORNIA EVIDENCE CODE SECTION 1561

The undersigned office of Universal Bank having been duly authorized to make this declarations, declares on behalf of said financial institution:

He/She is duly authorized custodian of said financial institution's records as to which he/she qualified to testify and authorized to certify:

He/She has read the subpoena described on the envelope or wrapper with which this declaration is enclosed, and has made or caused to be made a diligent search for all such records at the office of said financial institution upon which said subpoena was served.

__XX__ The copies transmitted are true copies of all the original records described in the subpoena.

_____ No copies or records are transmitted because the business has none of the records described in the subpoena.

_____ The copies transmitted are true copies of part of the original records described in
the      subpoena. The business does not have any other records described therein.

The records referred to above were prepared by the personnel of Universal Bank in the ordinary course of business at or near the time of the acts, conditions or events recorded.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 03____, 2021, at West Covina, California.

___Emy M. Santella_____
UB Rep Name

3455 NOGALES STREET, 2ND FLOOR, WEST COVINA, CA 91792 ◾ TELEPHONE: 626-854-2818 ◾ FAX 626-854-2838 ◾ www.universalbank.com

## Account Relationship Profile

| Checking | | Account Number | Teller |
|---|---|---|---|
| **DUARTE 12 LLC** | | **Account Title:** | |
| **10166 RUSH ST** | | **DUARTE 12 LLC** | |
| **SOUTH EL MONTE CA 91733-3224** | | | |
| | | **Address Type** | Customer Primary Address |
| **Account Nickname** | | **Tax ID Number** | 47-4361383 |
| **Available Balance** | 55,762.73 | **Date Opened** | 03/18/2020 |
| **Current Balance** | 55,762.73 | **Last Updated** | 04/08/2021 |
| **Account Status** | Open | **Branch Number** | 11 |
| **Relationship Plan Description** | BUS BASIC CKG | **Officer** | |
| **Maturity Date** | | **Messages** | No |
| **Rate** | No Rate | **Activities** | No |
| **Direct Deposit** | No | **Red Flag** | No |

### Customer Relationships

| Customer Name | Relationship | Privacy Act |
|---|---|---|
| DUARTE 12 LLC | Bus/Cmpy/Org | OK to share information |
| WILLA WEI RAO | Authorized Signer | Do not share information |

**UB.**
**UNIVERSAL BANK**
Universal Bank
3455 S. Nogales Street
West Covina, CA 91792

**RETURN SERVICE REQUESTED**

DUARTE 12 LLC
10166 RUSH ST
SOUTH EL MONTE CA 91733-3224

## Statement Ending 04/30/2021

DUARTE 12 LLC
Customer Number: XXXXXXXX3270
Page 1 of 4

### Managing Your Accounts

| | Branch Name | Arcadia |
| --- | --- | --- |
| | Branch Address | 747 W. Duarte Road Arcadia, CA 9100 |
| | Customer Service | 1-888-671-1888 |
| | Online Banking | Onlinebankingsupport@universalbank.com |

**Adjusted lobby hours effective April 1, 2021**
Monday to Thursday: 10:00 am – 4:00pm
Friday: 10:00 am – 5:00pm
Saturday and Sunday: Closed

**COVID-19 Update**
The health and safety of our customers and employees is our top priority. Universal Bank would like to remind customers of our existing health and safety measures.

- Temperature check at entrance
- Social distance by standing at least 6 feet apart
- Wear a face covering
- 1 to 2 customers allowed to enter the branch at a time

### Summary of Accounts

Universal Savings accounts - Don't miss this opportunity for maximum liquidity, low minimum opening deposit and automatic transfer service, the easiest way to make your savings grow faster.

| Account Type | Account Number | Ending Balance |
| --- | --- | --- |
| BUS BASIC CKG | XXXXXXXX3270 | $55,762.73 |


Member FDIC

## BUS BASIC CKG-XXXXXXXX3270

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 04/01/2021 | Beginning Balance | $55,671.07 | Average Available Balance | $55,741.34 |
| | 1 Credit(s) This Period | $91.66 | | |
| | 0 Debit(s) This Period | $0.00 | | |
| 04/30/2021 | Ending Balance | $55,762.73 | | |

Should your ATM card or Visa Debit Card become lost or stolen, contact our 24/7 Lost/Stolen Customer Card Service Center directly at **(800) 554-8969**.  For Visa Credit Cards call **(800) 558-3424** for consumer customers and **(866) 552-8855** for business customers.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2021 | Beginning Balance | | | $55,671.07 |
| 04/08/2021 | 747 W DUARTE ROAD ATM | | $91.66 | $55,762.73 |
| | ARCADIA    CA US    008008 | | | |
| | ************1621  IP6305 | | | |
| 04/30/2021 | Ending Balance | | | $55,762.73 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**UB.**
**UNIVERSAL BANK**
Universal Bank
3455 S. Nogales Street
West Covina, CA 91792

**RETURN SERVICE REQUESTED**

DUARTE 12 LLC
10166 RUSH ST
SOUTH EL MONTE CA 91733-3224

## Statement Ending 03/31/2021

DUARTE 12 LLC
Customer Number: XXXXXXXX3270
Page 1 of 4

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Arcadia |
| ✉ | Branch Address | 747 W. Duarte Road Arcadia, CA 9100 |
| 👤 | Customer Service | 1-888-671-1888 |
| 💻 | Online Banking | Onlinebankingsupport@universalbank.com |

**Adjusted lobby hours effective April 1, 2021**
Monday to Thursday: 10:00 am – 4:00pm
Friday: 10:00 am – 5:00pm
Saturday and Sunday: Closed

**COVID-19 Update**
The health and safety of our customers and employees is our top priority. Universal Bank would like to remind customers of our existing health and safety measures.

- Temperature check at entrance
- Social distance by standing at least 6 feet apart
- Wear a face covering
- 1 to 2 customers allowed to enter the branch at a time

### Summary of Accounts
Universal Savings accounts - Don't miss this opportunity for maximum liquidity, low minimum opening deposit and automatic transfer service, the easiest way to make your savings grow faster.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUS BASIC CKG | XXXXXXXX3270 | $55,671.07 |


Member FDIC

# BUS BASIC CKG-XXXXXXXX3270

## Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 02/27/2021 | Beginning Balance | $305,746.98 | Average Available Balance | $124,177.24 |
| | 2 Credit(s) This Period | $724.09 | | |
| | 2 Debit(s) This Period | -$▮ | | |
| 03/31/2021 | Ending Balance | $55,671.07 | | |

Should your ATM card or Visa Debit Card become lost or stolen, contact our 24/7 Lost/Stolen Customer Card Service Center directly at **(800) 554-8969**.  For Visa Credit Cards call **(800) 558-3424** for consumer customers and **(866) 552-8855** for business customers.

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/27/2021 | **Beginning Balance** | | | $305,746.98 |
| 03/03/2021 | 747 W DUARTE ROAD ATM<br>ARCADIA    CA US    007835<br>************1621  IP6305 | | $99.09 | $305,846.07 |
| 03/03/2021 | 747 W DUARTE ROAD ATM<br>ARCADIA    CA US    007836<br>************1621  IP6305 | | $625.00 | $306,471.07 |
| 03/08/2021 | CHECK NUMBER 1016 | $▮ | | $56,471.07 |
| 03/16/2021 | FRANCHISE TAX BO PAYMENTS 210316 CCD | $800.00 | | $55,671.07 |
| 03/31/2021 | **Ending Balance** | | | **$55,671.07** |

## Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1016 | 03/08/2021 | $250,000.00 |

* Indicates skipped check number

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



#1016      03/08/2021

## Account Relationship Profile

| Checking | | | Account Number | Teller |
|---|---|---|---|---|
| ISZ 9 LLC | | Account Title: | | |
| 10166 RUSH ST | | ISZ 9 LLC | | |
| SOUTH EL MONTE CA 91733-3224 | | | | |
| | | Address Type | Customer Primary Address | |
| Account Nickname | | Tax ID Number | 46-3468571 | |
| Available Balance | 39,140.06 | Date Opened | 03/18/2020 | |
| Current Balance | 39,140.06 | Last Updated | 05/03/2021 | |
| Account Status | Open | Branch Number | 11 | |
| Relationship Plan Description | BUS BASIC CKG | Officer | | |
| Maturity Date | | Messages | No | |
| Rate | No Rate | Activities | No | |
| Direct Deposit | Yes | Red Flag | No | |

### Customer Relationships

| Customer Name | Relationship | Privacy Act |
|---|---|---|
| ISZ 9 LLC | Bus/Cmpy/Org | OK to share information |
| WILLA WEI RAO | Authorized Signer | Do not share information |

**UB®**
**UNIVERSAL BANK**
Universal Bank
3455 S. Nogales Street
West Covina, CA 91792

**RETURN SERVICE REQUESTED**

ISZ 9 LLC
10166 RUSH ST
SOUTH EL MONTE CA 91733-3224

### *Statement Ending 04/30/2021*

ISZ 9 LLC                                         Page 1 of 4
**Customer Number:** XXXXXXXX3262

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Arcadia |
| ✉ | Branch Address | 747 W. Duarte Road<br>Arcadia, CA 9100 |
| 👤 | Customer Service | 1-888-671-1888 |
| 💻 | Online Banking | Onlinebankingsupport<br>@universalbank.com |

### Adjusted lobby hours effective April 1, 2021
Monday to Thursday: 10:00 am – 4:00pm
Friday: 10:00 am – 5:00pm
Saturday and Sunday: Closed

### COVID-19 Update
The health and safety of our customers and employees is our top priority. Universal Bank would like to remind customers of our existing health and safety measures.

- Temperature check at entrance
- Social distance by standing at least 6 feet apart
- Wear a face covering
- 1 to 2 customers allowed to enter the branch at a time

### Summary of Accounts
Universal Savings accounts – Don't miss this opportunity for maximum liquidity, low minimum opening deposit and automatic transfer service, the easiest way to make your savings grow faster.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUS BASIC CKG | XXXXXXXX3262 | $37,196.06 |


Member FDIC

## BUS BASIC CKG-XXXXXXXX3262

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 04/01/2021 | Beginning Balance | $29,904.09 | Average Available Balance | $33,665.28 |
|  | 2 Credit(s) This Period | $8,671.97 |  |  |
|  | 1 Debit(s) This Period |  |  |  |
| 04/30/2021 | Ending Balance | $37,196.06 |  |  |

Should your ATM card or Visa Debit Card become lost or stolen, contact our 24/7 Lost/Stolen Customer Card Service Center directly at **(800) 554-8969**. For Visa Credit Cards call **(800) 558-3424** for consumer customers and **(866) 552-8855** for business customers.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2021 | Beginning Balance |  |  | $29,904.09 |
| 04/01/2021 | HACLA SECTION 8 Vendor Pmt Apr 21 CCD |  | $1,944.00 | $31,848.09 |
| 04/12/2021 | CHECK NUMBER 1008 |  |  | $30,468.09 |
| 04/19/2021 | AGNS Realty Inc. WEB PMTS 041921 PPD |  | $6,727.97 | $37,196.06 |
| 04/30/2021 | Ending Balance |  |  | $37,196.06 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1008 | 04/12/2021 |  |

* Indicates skipped check number

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



#1008      04/12/2021

**UNIVERSAL BANK**
Universal Bank
3455 S. Nogales Street
West Covina, CA 91792

RETURN SERVICE REQUESTED

ISZ 9 LLC
10166 RUSH ST
SOUTH EL MONTE CA 91733-3224

## Statement Ending 03/31/2021

ISZ 9 LLC
Customer Number:XXXXXXXX3262
Page 1 of 4

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Arcadia |
| ✉ | Branch Address | 747 W. Duarte Road Arcadia, CA 9100 |
| 🎧 | Customer Service | 1-888-671-1888 |
| 💻 | Online Banking | Onlinebankingsupport@universalbank.com |

**Adjusted lobby hours effective April 1, 2021**
Monday to Thursday: 10:00 am – 4:00pm
Friday: 10:00 am – 5:00pm
Saturday and Sunday: Closed

**COVID-19 Update**

The health and safety of our customers and employees is our top priority. Universal Bank would like to remind customers of our existing health and safety measures.

- Temperature check at entrance
- Social distance by standing at least 6 feet apart
- Wear a face covering
- 1 to 2 customers allowed to enter the branch at a time

### Summary of Accounts

Universal Savings accounts - Don't miss this opportunity for maximum liquidity, low minimum opening deposit and automatic transfer service, the easiest way to make your savings grow faster.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUS BASIC CKG | XXXXXXXX3262 | $29,904.09 |


Member FDIC

## BUS BASIC CKG-XXXXXXXX3262

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 02/27/2021 | Beginning Balance | $34,180.61 | Average Available Balance | $29,477.53 |
|  | 2 Credit(s) This Period | $5,759.78 |  |  |
|  | 3 Debit(s) This Period | -$10,036.30 |  |  |
| 03/31/2021 | Ending Balance | $29,904.09 |  |  |

Should your ATM card or Visa Debit Card become lost or stolen, contact our 24/7 Lost/Stolen Customer Card Service Center directly at **(800) 554-8969**. For Visa Credit Cards call **(800) 558-3424** for consumer customers and **(866) 552-8855** for business customers.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/27/2021 | Beginning Balance |  |  | $34,180.61 |
| 03/01/2021 | HACLA SECTION 8 Vendor Pmt Mar 21 CCD |  | $1,944.00 | $36,124.61 |
| 03/04/2021 | LA CO TTC PAYMNT TAX 210303 WEB | $9,006.30 |  | $27,118.31 |
| 03/15/2021 | CHECK NUMBER 1007 | ■ |  | $26,888.31 |
| 03/16/2021 | FRANCHISE TAX BO PAYMENTS 210316 CCD | $800.00 |  | $26,088.31 |
| 03/18/2021 | AGNS Realty Inc. WEB PMTS 031821 PPD |  | $3,815.78 | $29,904.09 |
| 03/31/2021 | Ending Balance |  |  | $29,904.09 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1007 | 03/15/2021 | ■ |

* Indicates skipped check number

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



#1007          03/15/2021