EXHIBIT 5

**FinCEN | Financial Crimes Enforcement Network**
United States Department of the Treasury

# FBAR Transcript
BSA: 31000176970480 and DCN:

| Filing Information | |
|---|---|
| Filing Type(s) | Initial Report |
| Filing Date | 10/10/2020 |
| Received Date | 10/18/2020 |
| Entry Date | 10/21/2020 |
| Report for Calendar Year | 2019 |
| Submission Method | Electronic batch filing |
| Submitted by Authorized Third Party | Yes |

| Filer Information | | |
|---|---|---|
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | EIN |
| | Identification Number | [REDACTED] |
| Type of Filer | Corporation | |
| Filer Last Name or Organization Name | AVENUE CAPITAL GROUP INC | |
| Filer Address | Address Type | Foreign account filer address |
| | Street Address | 10166 RUSH STREET |
| | | 10166 RUSH ST - Enhanced |
| | City | SOUTH EL MONTE |
| | | SOUTH EL MONTE - Enhanced |
| | State | CA |
| | | CA - Enhanced |
| | ZIP Code | 91733 |
| | | 91733-3224 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Financial Interest in 25 or More Accounts | No | |
| Signature Authority in 25 or More Accounts | No | |

| Information on Financial Account(s) Owned Jointly | | |
|---|---|---|
| Report For Calendar Year | 2019 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | EIN |
| | Identification Number | [REDACTED] |
| Type of Filer | Corporation | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential information tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## FBAR Transcript
BSA: 31000176970480 and DCN:

| Information on Financial Account(s) Owned Jointly | | | |
|---|---|---|---|
| Filer Last Name or Organization Name | AVENUE CAPITAL GROUP INC | | |
| Account Type | Bank | | |
| Account Number or Other Designation | ▮▮▮▮▮▮▮▮ | | |
| Maximum value of Account During Calendar Year Reported | $161,223 | | |
| Number of Joint Owners for this Account | 2 | | |
| Name of Financial Institution in which the Account is Held | FAYSALBANK | | |
| Financial Institution Address | Address Type | Foreign account financial institution address | |
| | Street Address | FAYSAL HOUS ST02 SHAHRAHEFAISAL | |
| | | FAYSAL HOUS ST02 SHAHRAHEFAISAL - Enhanced | |
| | City | KARACHI | |
| | | KARACHI - Enhanced | |
| | Country | PK | |
| | | PK - Enhanced | |
| Role of Owner | Foreign account principle joint owner (other than filer) | | |
| TIN of Account Owner | Identification Type | SSN/ITIN | |
| | Identification Number | ▮▮▮▮▮0435 | |
| Owner Last Name or Organization Name | ZUBERI | | |
| Owner First Name | IMAAD | | |
| Owner Address | Address Type | Foreign account principal joint owner address | |
| | Street Address | 10166 RUSH STREET | |
| | | 10166 RUSH ST - Enhanced | |
| | City | SOUTH EL MONTE | |
| | | SOUTH EL MONTE - Enhanced | |
| | State | CA | |
| | | CA - Enhanced | |
| | ZIP Code | 91733 | |
| | | 91733-3224 - Enhanced | |
| | Country | | |
| | | US - Enhanced | |

| Signature | |
|---|---|
| Signature Date | 10/10/2020 |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



# FBAR Transcript
## BSA: 31000176970480 and DCN:

| Third Party Preparer Use Only | | |
|---|---|---|
| Preparer's Last Name | HOWARD | |
| Preparer's First Name | GARY | |
| Preparer's MI | L | |
| Self-Employed | Yes | |
| Preparer's TIN | Identification Type | PTIN |
| | Identification Number | P01408508 |
| Phone Number | (562) 431-9844 | |
| Preparer's Address | Address Type | Third Party Preparer Address |
| | Street Address | 10417 LOS ALAMITOS BLVD |
| | | 10417 LOS ALAMITOS BLVD - Enhanced |
| | City | LOS ALAMITOS |
| | | LOS ALAMITOS - Enhanced |
| | State | CA |
| | | CA - Enhanced |
| | ZIP Code | 90720-2111 |
| | | 90720-2111 - Enhanced |
| | Country | US |
| | | US - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

![FinCEN - Financial Crimes Enforcement Network, United States Department of the Treasury]

# FBAR Transcript
## BSA: 31000176969858 and DCN:

| Filing Information | |
|---|---|
| Filing Type(s) | Initial Report |
| Filing Date | 10/10/2020 |
| Received Date | 10/18/2020 |
| Entry Date | 10/21/2020 |
| Report for Calendar Year | 2019 |
| Submission Method | Electronic batch filing |
| Submitted by Authorized Third Party | Yes |

| Filer Information | | |
|---|---|---|
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | ▓▓▓▓0435 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | ZUBERI | |
| Filer First Name | IMAAD | |
| Filer Middle Name | S | |
| Filer Date of Birth | ▓▓/1970 | |
| Filer Address | Address Type | Foreign account filer address |
| | Street Address | 10166 RUSH STREET |
| | | 10166 RUSH ST - Enhanced |
| | City | SOUTH EL MONTE |
| | | SOUTH EL MONTE - Enhanced |
| | State | CA |
| | | CA - Enhanced |
| | ZIP Code | 91733 |
| | | 91733-3224 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Financial Interest in 25 or More Accounts | No | |
| Signature Authority in 25 or More Accounts | No | |

| Information on Financial Account(s) Owned Separately | |
|---|---|
| **Account 1 of 13** | |
| Report For Calendar Year | 2019 |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000176969858

## FBAR Transcript
BSA: 31000176969858 and DCN:

| Information on Financial Account(s) Owned Separately | | |
|---|---|---|
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | ████0435 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | ZUBERI | |
| Account Type | Bank | |
| Account Number or Other Designation | ████████ | |
| Maximum value of Account During Calendar Year Reported | $161,223 | |
| Name of Financial Institution in which the Account is Held | FAYSABANK | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | FAYSAL HOUSST02 SHAHRAHEFAISAL |
| | | FAYSAL HOUSST02 SHAHRAHEFAISAL - Enhanced |
| | City | KARACHI |
| | | KARACHI - Enhanced |
| | Country | PK |
| | | PK - Enhanced |
| **Account 2 of 13** | | |
| Report For Calendar Year | 2019 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | ████0435 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | ZUBERI | |
| Account Type | Bank | |
| Account Number or Other Designation | ████████ | |
| Maximum value of Account During Calendar Year Reported | $67,359 | |
| Name of Financial Institution in which the Account is Held | FAYSABANK | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | FAYSAL HOUSST02 SHAHRAHEFAISAL |
| | | FAYSAL HOUSST02 SHAHRAHEFAISAL - Enhanced |
| | City | KARACHI |
| | | KARACHI - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

Case 2:20-cr-00155-VAP   Document 113-6   Filed 05/05/21   Page 7 of 13   Page ID #:949



# FBAR Transcript
BSA: 31000176969858 and DCN:

| Information on Financial Account(s) Owned Separately | | |
|---|---|---|
| | Country | PK |
| | | PK - Enhanced |
| **Account 3 of 13** | | |
| Report For Calendar Year | 2019 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | 0435 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | ZUBERI | |
| Account Type | Bank | |
| Account Number or Other Designation | | |
| Maximum value of Account During Calendar Year Reported | $13,438 | |
| Name of Financial Institution in which the Account is Held | EMIRATES NBD | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | PO BOX 777 |
| | | PO BOX 777 - Enhanced |
| | City | DUBAI |
| | | DUBAI - Enhanced |
| | Country | AE |
| | | AE - Enhanced |
| **Account 4 of 13** | | |
| Report For Calendar Year | 2019 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | 0435 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | ZUBERI | |
| Account Type | Bank | |
| Account Number or Other Designation | | |
| Maximum value of Account During Calendar Year Reported | $10,309 | |
| Name of Financial Institution in which the Account is Held | EMIRATES NBD | |

Page 3

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## FBAR Transcript
BSA: 31000176969858 and DCN:

| Information on Financial Account(s) Owned Separately | | | |
|---|---|---|---|
| **Financial Institution Address** | **Address Type** | Foreign account financial institution address | |
| | **Street Address** | PO BOX 777 | |
| | | PO BOX 777 - Enhanced | |
| | **City** | DUBAI | |
| | | DUBAI - Enhanced | |
| | **Country** | AE | |
| | | AE - Enhanced | |
| **Account 5 of 13** | | | |
| **Report For Calendar Year** | 2019 | | |
| **Filer Role** | Foreign account filer | | |
| **Filer TIN** | **Identification Type** | SSN/ITIN | |
| | **Identification Number** | ▮▮▮▮0435 | |
| **Type of Filer** | Individual | | |
| **Filer Last Name or Organization Name** | ZUBERI | | |
| **Account Type** | Bank | | |
| **Account Number or Other Designation** | ▮▮▮▮▮▮▮▮ | | |
| **Maximum value of Account During Calendar Year Reported** | $1,000 | | |
| **Name of Financial Institution in which the Account is Held** | QNB | | |
| **Financial Institution Address** | **Address Type** | Foreign account financial institution address | |
| | **Street Address** | CITY CENTER MALLAL DAFNA | |
| | | CITY CENTER MALLAL DAFNA - Enhanced | |
| | **City** | DOHA | |
| | | DOHA - Enhanced | |
| | **Country** | QA | |
| | | QA - Enhanced | |
| **Account 6 of 13** | | | |
| **Report For Calendar Year** | 2019 | | |
| **Filer Role** | Foreign account filer | | |
| **Filer TIN** | **Identification Type** | SSN/ITIN | |
| | **Identification Number** | ▮▮▮▮0435 | |
| **Type of Filer** | Individual | | |
| **Filer Last Name or Organization Name** | ZUBERI | | |
| **Account Type** | Bank | | |
| **Account Number or Other** | ▮▮▮▮▮▮▮▮ | | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegatee. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000176969858

## FBAR Transcript
BSA: 31000176969858 and DCN:

| Information on Financial Account(s) Owned Separately | | | |
|---|---|---|---|
| Designation | | | |
| Maximum value of Account During Calendar Year Reported | $205,091 | | |
| Name of Financial Institution in which the Account is Held | CHINA BOHAI BANK | | |
| Financial Institution Address | Address Type | Foreign account financial institution address | |
| | Street Address | 213 JIANG DONG ZHONG LU ROAD | |
| | | 213 JIANG DONG ZHONG LU ROAD - Enhanced | |
| | City | NANJING | |
| | | NANJING - Enhanced | |
| | Country | CN | |
| | | CN - Enhanced | |

| Account 7 of 13 | | |
|---|---|---|
| Report For Calendar Year | 2019 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | ████ 0435 |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | ZUBERI | |
| Account Type | Bank | |
| Account Number or Other Designation | ██████████ | |
| Maximum value of Account During Calendar Year Reported | $2,000 | |
| Name of Financial Institution in which the Account is Held | CHINA BOHAI BANK | |
| Financial Institution Address | Address Type | Foreign account financial institution address |
| | Street Address | 213 JIANG DONG ZHONG LU ROAD |
| | | 213 JIANG DONG ZHONG LU ROAD - Enhanced |
| | City | NANJING |
| | | NANJING - Enhanced |
| | Country | CN |
| | | CN - Enhanced |

| Account 8 of 13 | | |
|---|---|---|
| Report For Calendar Year | 2019 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | ████ 0435 |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## FBAR Transcript
BSA: 31000176969858 and DCN:

| Information on Financial Account(s) Owned Separately | | | |
|---|---|---|---|
| Type of Filer | Individual | | |
| Filer Last Name or Organization Name | ZUBERI | | |
| Account Type | Bank | | |
| Account Number or Other Designation | ███████ | | |
| Maximum value of Account During Calendar Year Reported | $980,761 | | |
| Name of Financial Institution in which the Account is Held | FAYSABANK | | |
| Financial Institution Address | Address Type | Foreign account financial institution address | |
| | Street Address | FAYSAL HOUSST02 SHAHRAHEFAISAL | |
| | | FAYSAL HOUSST02 SHAHRAHEFAISAL - Enhanced | |
| | City | KARACHI | |
| | | KARACHI - Enhanced | |
| | Country | PK | |
| | | PK - Enhanced | |
| **Account 9 of 13** | | | |
| Report For Calendar Year | 2019 | | |
| Filer Role | Foreign account filer | | |
| Filer TIN | Identification Type | SSN/ITIN | |
| | Identification Number | ███0435 | |
| Type of Filer | Individual | | |
| Filer Last Name or Organization Name | ZUBERI | | |
| Account Type | Bank | | |
| Account Number or Other Designation | ███████ | | |
| Maximum value of Account During Calendar Year Reported | $130,905 | | |
| Name of Financial Institution in which the Account is Held | FAYSABANK | | |
| Financial Institution Address | Address Type | Foreign account financial institution address | |
| | Street Address | FAYSAL HOUSST02 SHAHRAHEFAISAL | |
| | | FAYSAL HOUSST02 SHAHRAHEFAISAL - Enhanced | |
| | City | KARACHI | |
| | | KARACHI - Enhanced | |
| | Country | PK | |
| | | PK - Enhanced | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

# FBAR Transcript
BSA: 31000176969858 and DCN:

| Information on Financial Account(s) Owned Separately | | | |
|---|---|---|---|
| **Account 10 of 13** | | | |
| Report For Calendar Year | 2019 | | |
| Filer Role | Foreign account filer | | |
| Filer TIN | Identification Type | SSN/ITIN | |
| | Identification Number | 0435 | |
| Type of Filer | Individual | | |
| Filer Last Name or Organization Name | ZUBERI | | |
| Account Type | Bank | | |
| Account Number or Other Designation | | | |
| Maximum value of Account During Calendar Year Reported | $325,869 | | |
| Name of Financial Institution in which the Account is Held | EMIRATES NBD | | |
| Financial Institution Address | Address Type | Foreign account financial institution address | |
| | Street Address | PO BOX 777 | |
| | | PO BOX 777 - Enhanced | |
| | City | DUBAI | |
| | | DUBAI - Enhanced | |
| | Country | AE | |
| | | AE - Enhanced | |
| **Account 11 of 13** | | | |
| Report For Calendar Year | 2019 | | |
| Filer Role | Foreign account filer | | |
| Filer TIN | Identification Type | SSN/ITIN | |
| | Identification Number | 0435 | |
| Type of Filer | Individual | | |
| Filer Last Name or Organization Name | ZUBERI | | |
| Account Type | Bank | | |
| Account Number or Other Designation | | | |
| Maximum value of Account During Calendar Year Reported | $2,399,970 | | |
| Name of Financial Institution in which the Account is Held | QNB | | |
| Financial Institution Address | Address Type | Foreign account financial institution address | |
| | Street Address | CITY CENTER MALLAL DAFNA | |

BSA: 31000176969858

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN | Financial Crimes Enforcement Network**
United States Department of the Treasury

## FBAR Transcript
BSA: 31000176969858 and DCN:

| Information on Financial Account(s) Owned Separately | | | |
|---|---|---|---|
| | | | CITY CENTER MALLAL DAFNA - Enhanced |
| | | City | DOHA |
| | | | DOHA - Enhanced |
| | | Country | QA |
| | | | QA - Enhanced |
| **Account 12 of 13** | | | |
| Report For Calendar Year | 2019 | | |
| Filer Role | Foreign account filer | | |
| Filer TIN | Identification Type | SSN/ITIN | |
| | Identification Number | 0435 | |
| Type of Filer | Individual | | |
| Filer Last Name or Organization Name | ZUBERI | | |
| Account Type | Bank | | |
| Account Number or Other Designation | | | |
| Maximum value of Account During Calendar Year Reported | $333 | | |
| Name of Financial Institution in which the Account is Held | QNB | | |
| Financial Institution Address | Address Type | Foreign account financial institution address | |
| | Street Address | CITY CENTER MALLAL DAFNA | |
| | | CITY CENTER MALLAL DAFNA - Enhanced | |
| | City | DOHA | |
| | | DOHA - Enhanced | |
| | Country | QA | |
| | | QA - Enhanced | |
| **Account 13 of 13** | | | |
| Report For Calendar Year | 2019 | | |
| Filer Role | Foreign account filer | | |
| Filer TIN | Identification Type | SSN/ITIN | |
| | Identification Number | 0435 | |
| Type of Filer | Individual | | |
| Filer Last Name or Organization Name | ZUBERI | | |
| Account Type | Bank | | |
| Account Number or Other Designation | | | |
| Name of Financial Institution | CHINA BOHAI BANK | | |

BSA: 31000176969858

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



# FBAR Transcript
BSA: 31000176969858 and DCN:

| Information on Financial Account(s) Owned Separately | | | |
|---|---|---|---|
| in which the Account is Held | | | |
| Financial Institution Address | Address Type | Foreign account financial institution address | |
| | Street Address | 213 JIANG DONG ZHONG LU ROAD | |
| | | 213 JIANG DONG ZHONG LU ROAD - Enhanced | |
| | City | NANJING | |
| | | NANJING - Enhanced | |
| | Country | CN | |
| | | CN - Enhanced | |

| Signature | |
|---|---|
| Signature Date | 10/10/2020 |

| Third Party Preparer Use Only | | | |
|---|---|---|---|
| Preparer's Last Name | HOWARD | | |
| Preparer's First Name | GARY | | |
| Preparer's MI | L | | |
| Preparer's TIN | Identification Type | PTIN | |
| | Identification Number | P01408508 | |
| Phone Number | (562) 431-9844 | | |
| Preparing Firm's Name | HOWARD KITTLE AND COMPANY CPAS LLP | | |
| Preparer's Address | Address Type | Third Party Preparer Firm Address | |
| | Street Address | 10417 LOS ALAMITOS BLVD | |
| | | 10417 LOS ALAMITOS BLVD - Enhanced | |
| | City | LOS ALAMITOS | |
| | | LOS ALAMITOS - Enhanced | |
| | State | CA | |
| | | CA - Enhanced | |
| | ZIP Code | 90720-2111 | |
| | | 90720-2111 - Enhanced | |
| | Country | US | |
| | | US - Enhanced | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be read accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential information tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.