EXHIBIT 8



**From:** Keough, Michael <mkeough@Steptoe.com>
**Sent:** Monday, May 3, 2021 5:11 PM
**To:** Kristopher Sean Young <Kristopher.Young@doj.ca.gov>
**Cc:** Ram, Ashwin <aram@Steptoe.com>
**Subject:** RE: Richard Ayvazyan - 1275 Documentation

Hi Kris –

Following up on our call today, here is some additional 1275.1 documentation.  Please let us know if you'd like us to arrange calls with anyone on this list.

<u>Bail Premium</u>

We expect these funds to come from Imaad Zuberi, and a copy of his credit report is attached.

<u>Bond Collateral</u>

We expect the following properties to be used as collateral, and we have an estimate of the amount of equity available for each property.  Attached are property detail reports for each of the three properties below.

FIRST PROPERTY
EQUITY:  $550,000 (approx.)

Owner:  Vahe Muron Aznikian

6903 Greeley Street
Tujunga, CA 91042

SECOND PROPERTY
EQUITY:  $100,000 (approx.)

Owner:  Grigor Momdzhyan

9720 Pine Orchard Street
Pacoima, CA 91331

THIRD PROPERTY
EQUITY:  $350,000 (approx.)

Owner: Agavni Terabelian

6500 Matilija Avenue
Van Nuys, CA 91401

**Michael A Keough** | **Steptoe & Johnson LLP** | mkeough@steptoe.com | +1 415 365 6717

**From:** Ram, Ashwin
**Sent:** Monday, May 3, 2021 4:42 PM
**To:** Kristopher Sean Young <Kristopher.Young@doj.ca.gov>
**Cc:** Keough, Michael <mkeough@Steptoe.com>
**Subject:** RE: Richard Ayvazyan - 1275 Documentation

Kris:  Here's my cell phone number for our follow-up call tomorrow after you review the updated 1275 materials:  213-369-5934.

Much appreciated.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

## Steptoe

+1 213 439 9443 direct       Steptoe & Johnson LLP
+1 213 439 9599 fax          633 West Fifth Street
                             Suite 1900
                             Los Angeles, CA 90071
                             www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Kristopher Sean Young <Kristopher.Young@doj.ca.gov>
**Sent:** Monday, May 3, 2021 11:24 AM
**To:** Keough, Michael <mkeough@Steptoe.com>
**Cc:** Ram, Ashwin <aram@Steptoe.com>
**Subject:** RE: Richard Ayvazyan - 1275 Documentation 2 of 2

Ashwin,

Are you and your co-counsel David Diamond planning on running the 1275.1 on Wednesday?  Are these the source of funds and collateral documents you will be utilizing?

Please advise.

Best Regards,

Kristopher S. Young
Office of the Attorney General
Fraud and Special Prosecutions Section
600 W. Broadway, Suite 1800
San Diego, CA 92101
P. 619.738.9321
Kristopher.young@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.