David A. Warrington
*David.warrington@kutakrock.com*
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone: (202) 828-2438
Facsimile: (202) 828-2400

*Attorney for Defendant Imaad Shah Zuberi*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT IMAAD ZUBERI'S EX PARTE APPLICATION FOR MOTION FOR RELEASE PENDING APPEAL TO BE HEARD ON SHORTENED TIME**<br><br>The Honorable Virginia A. Phillips<br><br>Current Hearing Date: June 7, 2021<br>Requested Hearing Date: May 26, 2021<br>Time: 9:00 AM |

**[PROPOSED] ORDER**

This Court, having considered Defendant Imaad Zuberi's *Ex Parte* Application for Release Pending Appeal to Be Heard on Shortened Time, hereby GRANTS the application and ORDERS the following relief:

1. Defendant's Motion for Release Pending Appeal is set for hearing on Wednesday, May 26, 2021 at 9:00 a.m.

2. The government's opposition papers shall be filed by Monday, May 17, 2021.

3. The Defendant's reply shall be filed by Wednesday 19, 2021.

**IT IS SO ORDERED.**

Dated: May __, 2021

____________________________________
The Honorable Virginia A. Phillips
United States District Judge