David A. Warrington
*David.warrington@kutakrock.com*
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone: (202) 828-2438
Facsimile: (202) 828-2400

*Attorney for Defendant Imaad Shah Zuberi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: **2:20-cr-00155-VAP**<br><br>**[PROPOSED]** **ORDER DENYING DEFENDANT IMAAD ZUBERI'S EX PARTE APPLICATION FOR MOTION FOR RELEASE PENDING APPEAL TO BE HEARD ON SHORTENED TIME**<br><br>The Honorable Virginia A. Phillips<br><br>Current Hearing Date: June 7, 2021<br>Requested Hearing Date: May 26, 2021<br>Time: 9:00 AM |

ORDER DENYING APPLICATION FOR MOTION FOR RELEASE PENDING APPEAL TO BE HEARD ON SHORTENED TIME

**~~[PROPOSED]~~ ORDER**

This Court, having considered Defendant Imaad Zuberi's *Ex Parte* Application for Release Pending Appeal to Be Heard on Shortened Time, hereby DENIES the application, finding no good cause exists for the relief sought.  Defendant was sentenced on February 18, 2021, and filed his Notice of Appeal on March 4, 2021. There has been more than adequate time for hearing a duly-noticed motion before his surrender date.  ~~and ORDERS the following relief:~~

~~1.    Defendant's Motion for Release Pending Appeal is set for hearing on Wednesday, May 26, 2021 at 9:00 a.m.~~

~~2.    The government's opposition papers shall be filed by Monday, May 17, 2021.~~

~~3.    The Defendant's reply shall be filed by Wednesday 19, 2021.~~

**IT IS SO ORDERED.**

Dated:  May 13, 2021

_____
The Honorable Virginia A. Phillips
United States District Judge