1  David A. Warrington
2  *David.warrington@kutakrock.com*
   **KUTAK ROCK LLP**
3  901 East Byrd Street, Suite 1000
4  Richmond, Virginia 23219
   Telephone:  (202) 828-2438
5  Facsimile:   (202) 828-2400
6
   *Attorney for Defendant Imaad Shah Zuberi*
7

8             **UNITED STATES DISTRICT COURT**
9             **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**DEFENDANT IMAAD ZUBERI'S NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION TO GRANT CLEARED COUNSEL ACCESS TO THE UNDER-SEAL SENTENCING TRANSCRIPT, INCLUDING CLASSIFIED PORTIONS**<br><br>The Honorable Virginia A. Phillips |

# NOTICE OF *EX PARTE* APPLICATION TO GRANT CLEARED COUNSEL ACCESS TO THE UNDER-SEAL SENTENCING TRANSCRIPT, INCLUDING CLASSIFIED PORTIONS

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Imaad Zuberi hereby applies to the Court for an order granting his cleared counsel access to the complete sentencing transcript, including classified portions in this matter.

This application is based upon this notice, the application in support, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated:   May 25, 2021                    Respectfully submitted,

**KUTAK ROCK LLP**

By:   */s/ David A. Warrington*
      David A. Warrington
      *Attorney for Defendant Imaad Shah Zuberi*

## APPLICATION

Defendant Imaad Zuberi was sentenced on February 18, 2021.[1] Part of his sentencing included sealed proceedings.[2] On March 18, 2021, counsel for Mr. Zuberi lodged a Transcript Order for the sentencing proceedings in this matter.[3]

Mr. Zuberi request the Court grant his counsel, who have obtained the required security clearance, access to the complete transcript of the sentencing proceedings in this matter.

Prior to filing this *ex parte* application, counsel for Mr. Zuberi notified the government and asked whether they opposed the request. The government responded that it does not oppose the *ex parte* nature of this request or the relief sought herein.

## CONCLUSION

For the foregoing reasons, the Court should grant Mr. Zuberi's counsel, who have obtained the required security clearance, access to the complete transcript of the sentencing proceedings in this matter.

Dated:   May 25, 2021                           Respectfully submitted,

**KUTAK ROCK LLP**

By:   */s/ David A. Warrington*
*David A. Warrington*
*Attorney for Defendant Imaad Shah Zuberi*

---

[1] *See* Dkt. 331. All docket references are to the docket in No. 19-00642-VAP.
[2] *See* Partial Trans. of Sentencing at 18.
[3] *See* Dkt. 343-1.