STEPTOE & JOHNSON LLP
Ashwin J. Ram (SBN 277513)
633 W. Fifth Street, Suite 1900, Los Angeles, CA 90071
Tel. (213) 439-9400 Fax (213) 439-9599 aram@steptoe.com
Attorney for Defendant Imaad Shah Zuberi

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-CR-00642-VAP; 19-CR-00155-VAP |
| v. | |
| IMAAD SHAH ZUBERI | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

(Filed Under Seal with Classified Information Security Officer)

DEFENDANT'S REPLY TO GOVERNMENT'S CLASSIFIED OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:
Classified Filing

May 26, 2021
Date

Ashwin J. Ram
Attorney Name

Defendant Imaad Shah Zuberi
Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).