David A. Warrington
*David.warrington@kutakrock.com*
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone: (202) 828-2438
Facsimile: (202) 828-2400

CC: Court Reporters

*Attorney for Defendant Imaad Shah Zuberi*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IMAAD SHAH ZUBERI, <br><br> Defendant. | Case No.: 2:19-cr-00642-VAP <br> No.: **2:20-cr-00155-VAP** <br><br> **ORDER GRANTING DEFENDANT IMAAD ZUBERI'S EX PARTE APPLICATION TO GRANT CLEARED COUNSEL ACCESS TO THE UNDER-SEAL SENTENCING TRANSCRIPT, INCLUDING CLASSIFIED PORTIONS** <br><br> The Honorable Virginia A. Phillips |

ORDER GRANTING APPLICATION TO GRANT CLEARED COUNSEL ACCESS
TO THE UNDER-SEAL SENTENCING TRANSCRIPT

**ORDER**

This Court, having considered Defendant Imaad Zuberi's *Ex Parte* Application to Grant Cleared Counsel Access to the Under-Seal Sentencing Transcript, Including Classified Portions hereby GRANTS the application and ORDERS the following relief:

1. The court reporter shall provide the entire sealed sentencing transcript, in this matter to the appropriate parties to allow Mr. Zuberi's counsel, who have obtained the required security clearance, access to the complete transcript.

**IT IS SO ORDERED.**

Dated: May 26, 2021

_____
The Honorable Virginia A. Phillips
United States District Judge