UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – GENERAL

Case No.: **LACR 19-00642-VAP**
**LACR 20-00155-VAP** ✓

Date: June 7, 2021

Present: The Honorable: VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

Interpreter: N/A

| Christine Chung | Marea Woolrich | Elisa Fernandez / Judith A. Heinz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Imaad Shah Zuberi (video) | X | | X | David Warrington (video) | X | | X |
| | | | | Ashwin Ram (video) | X | | X |
| | | | | Bruce Bishop (video) | X | | X |

**Proceedings:** **Defendant Imaad Shah Zuberi's Motion for Release on Bond Pending Appeal [116]**

Case called, and appearances made.

The Court hears oral arguments of counsel. For the reasons stated on the record, the Court DENIES Defendant's Motion for Release Pending Appeal [116].

0:55 min

Initials of Deputy Clerk   CCH