**DHILLON LAW GROUP**
David A. Warrington
Dwarrington@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (703) 328-5369
Facsimile: (415) 520-6593

*Attorney for Defendant Imaad Shah Zuberi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**DEFENDANT IMAAD ZUBERI'S NOTICE OF *EX PARTE* APPLICATION AND EX PARTE APPLICATION FOR TEMPORARY REMOVAL OF MONITORING DEVICE**<br><br>The Honorable Virginia A. Phillips |

*EX PARTE* APPLICATION FOR MOTION FOR TEMPORARY REMOVAL OF MONITORING DEVICE

# NOTICE OF *EX PARTE* APPLICATION FOR MOTION FOR TEMPORARY REMOVAL OF MONITORING DEVICE

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Imaad Shah Zuberi hereby applies to the Court for an order allowing the United States Probation Office to temporarily remove the location monitoring device on Mr. Zuberi's ankle while his medical team at Methodist Hospital completes MRI imaging. The device will be reattached by the United States Probation Office immediately upon completion of the MRI scan.

This application is based upon this notice, the application in support, the accompanying Declaration of David A. Warrington and attached exhibit, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated:   June 22, 2021                    Respectfully submitted,

 

**DHILLON LAW GROUP**
By: *David A. Warrington*
David A. Warrington

*Counsel for Defendant
Imaad Shah Zuberi*

## APPLICATION

Defendant Imaad Zuberi is subject to electronic monitoring through a location monitoring bracelet as a condition of his release on bond.[1] On June 16, 2021, Mr. Zuberi was admitted to Arcadia Methodist Hospital.[2] He is currently admitted to the critical care unit.[3] Mr. Zuberi's medical team has determined that Mr. Zuberi needs imaging through an MRI, but his location monitoring bracelet is preventing this procedure.[4] Thus, Mr. Zuberi requests that the Court enter an order allowing the United States Probation Office to temporarily remove the location monitoring device on Mr. Zuberi's ankle while his medical team at Methodist Hospital completes MRI imaging.

The government has stated that it does not oppose the *ex parte* nature of this application or the relief sought herein as long as the device is reinstalled promptly after the procedure.

## CONCLUSION

For the foregoing reasons, the Court should enter an order allowing the United States Probation Office to temporarily remove the location monitoring device on Mr. Zuberi's ankle while his medical team at Methodist Hospital completes MRI imaging.

---

[1] *See* Dkt. 336.  All docket references are to the docket in No. 19-00642-VAP.

[2] *See* Letter from Dr. Anita Bhagaveth (June 22, 2021) (attached as Exhibit A).

[3] *See id*.

[4] *See id*.

Dated: June 22, 2021

Respectfully submitted,

**DHILLON LAW GROUP**
By: *David A. Warrington*
David A. Warrington

*Counsel for Defendant Imaad Shah Zuberi*