**DHILLON LAW GROUP**
David A. Warrington
Dwarrington@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (703) 328-5369
Facsimile: (415) 520-6593

*Attorney for Defendant Imaad Shah Zuberi*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**DECLARATION OF DAVID A. WARRINGTON IN SUPPORT OF DEFENDANT IMAAD ZUBERI'S *EX PARTE* APPLICATION FOR TEMPORARY REMOVAL OF MONITORING DEVICE**<br><br>The Honorable Virginia A. Phillips |

1  I, David A. Warrington, declare as follows:

2  1. I am an attorney licensed to practice law in the Commonwealth of Virginia. I am admitted to the U.S. District Court for the Central District of California *pro hac vice*. I am a Partner in the law firm, Dhillon Law Group, counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a letter that I received by Doctor Anita Bhagaveth of Arcadia Methodist Hospital on June 22, 2021.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 22nd day of June 2021 in Centreville, Virginia.

_____
David A. Warrington