# EXHIBIT A



June 22, 2021

To Whom It May Concern:

Mr. Imaad Zuberi was admitted to Arcadia Methodist Hospital on 6/16/2021. He is currently admitted to the critical care unit. Due to patient's medical condition, he is in need of imaging via MRI. Unfortunately, due to the brace monitor he has on his ankle, such imaging is impossible to complete. Medical team is requesting brief removal of monitor to complete study. Your help would be appreciated in this matter.

Dr. Anita Bhagaveth

Critical Care Intensivist

300 West Huntington Drive, P.O. Box 60016 • Arcadia, CA 91066-6016
Telephone 626-898-8000 • www.methodisthospital.org

3