**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT IMAAD ZUBERI'S** *EX PARTE* **APPLICATION FOR TEMPORARY REMOVAL OF MONITORING DEVICE**<br><br>The Honorable Virginia A. Phillips |

**[PROPOSED] ORDER**

This Court, having considered Defendant Imaad Zuberi's *Ex Parte* Application for the Temporary Removal of Monitoring Device, hereby GRANTS the Motion and ORDERS the following:

1. The United States Probation Office to temporarily remove the location monitoring device on Mr. Zuberi's ankle while his medical team at Methodist Hospital completes MRI imaging. The device will be reattached by the United States Probation Office immediately upon completion of the MRI scan.

IT IS SO ORDERED.

Dated: June __, 2021

                                              The Honorable Virginia A. Phillips
                                              United States District Judge