**DHILLON LAW GROUP**
David A. Warrington
Dwarrington@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (703) 328-5369
Facsimile: (415) 520-6593

*Attorney for Defendant Imaad Shah Zuberi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**EMERGENCY *EX PARTE* APPLICATION FOR TWO WEEK EXTENSION OF REPORT DATE DURING MEDICAL RECOVERY AND FURTHER TESTING; DECLARATIONS OF SHAUN S. DANESHRAD, MD, FACC AND WILLA RAO**<br><br>The Honorable Virginia A. Phillips<br><br>CURRENT SURRENDER DATE: JUNE 30, 2021 @ 10:00 a.m.<br><br>PROPOSED SURRENDER DATE: JULY 14, 2021 @ 1:00 p.m.<br><br>**EMERGENCY RULING REQUESTED BY 9:00 A.M. ON JUNE 30, 2021** |

*EX PARTE* APPLICATION FOR MOTION FOR TEMPORARY REMOVAL OF MONITORING DEVICE

## APPLICATION

On June 16, 2021, Defendant Imaad Zuberi fell into a diabetic hyperosmotic coma while spending time with his family.[1] He became unconscious and began having seizures.[2] When the first responders arrived within five minutes, Mr. Zuberi was not breathing.[3] They managed to revive him and took him to Arcadia Methodist Hospital.

Mr. Zuberi was admitted to the critical care unit at the hospital and was treated for being in a diabetic hyperosmotic state, the result of uncontrollable problems with his diabetes.[4] While he was hospitalized, Mr. Zuberi continued to have major health events, including more seizures and respiratory failure, which led to him being intubated and put on a ventilator.[5] Mr. Zuberi was hospitalized for nine consecutive days.

On the condition that he stay on bedrest for at least ten days and seek the appropriate follow up care with his primary care doctor, Mr. Zuberi was allowed to check out of the hospital on Friday, June 25, 2021.[6]

This afternoon, Mr. Zuberi's petition for release pending appeal was denied by the Ninth Circuit Court of Appeal, and this Court ordered Mr. Zuberi report to the United States Marshals, in order to be transferred to his designated facility in Leavenworth, Kansas, by 10:00 am, June 30, 2021 (Wednesday).[7]

At the time of this filing, Mr. Zuberi is still suffering from these health issues. He has difficulty walking on his own. When he walks, it is with great pain and effort. Mr. Zuberi is still recovering his balance, which also impacts his ability to move about.

---

[1] *See* Declaration of Shaun S. Daneshrad, MD, FACC at ¶ 4; Declaration of Willa Rao at ¶ 1-2.

[2] Rao Declaration ¶ 2.

[3] *Id.* at ¶ 3.

[4] *See* Dkt. 394-2.  All docket references are to the docket in No. 19-00642-VAP.

[5] *See* Daneshrad Declaration at ¶ 4.

[6] *Id.* at ¶ 4.

[7] *See* Dkt. 396.

The stress of his health events and his subsequent treatment has led to Mr. Zuberi losing a significant percentage of his bodyweight, which exacerbates the other serious health conditions he has, including diabetes, kidney disease, and heart rhythm problems.[8]

Without further testing and treatment, Mr. Zuberi's primary care physician "cannot conclude whether it is safe for Mr. Zuberi to embark on this multiday trip to [UPS Leavenworth in] Kansas in an uncontrolled environment before receiving the proper testing and necessary changes to his medication or further medical intervention to prevent him from going into a diabetic hyperosmotic state while en route to Kansas." Until more tests can be performed, Mr. Zuberi is at risk of suffering future health complications such as what occurred on June 16, 2021.

Reporting to the Marshals to begin his sentence at 10:00 am tomorrow morning would be greatly injurious to Mr. Zuberi's health given his fragile condition and the taxing process of being transported through the Bureau of Prisons transport system from Los Angles, California to his designated facility in Leavenworth, Kansas. To avoid further health complications, Mr. Zuberi respectfully requests a short, two-week extension to his report date so he can continue recovering and obtain further tests and treatment.

## CONCLUSION

For the foregoing reasons, we respectfully request the Court enter an emergency order extending Mr. Zuberi's report date to July 14, 2021 at 1:00 p.m. Given his current report date tomorrow (Wednesday) at 10:00 a.m., Mr. Zuberi requests an expedited ruling from the Court by 9:00 a.m. tomorrow (June 30).

---

[8] *See* Daneshrad Declaration at ¶ 5.

| | |
|---|---|
| Dated:   June 29, 2021 | Respectfully submitted,<br><br>**DHILLON LAW GROUP**<br>By: <u>*David A. Warrington*</u><br>David A. Warrington<br><br>*Counsel for Defendant*<br>*Imaad Shah Zuberi* |