**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

JUL 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>IMAAD SHAH ZUBERI,<br><br>   Defendant-Appellant. | No.   21-50048<br><br>D.C. No.<br>2:19-cr-00642-VAP-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>IMAAD SHAH ZUBERI,<br><br>   Defendant-Appellant. | No.   21-50084<br><br>D.C. Nos.<br>2:20-cr-00155-VAP-1<br>2:20-cr-00155-VAP |

Before: NGUYEN and R. NELSON, Circuit Judges.

 Appellant's motion for recusal (Docket Entry No. 24 in No. 21-50048 and Docket Entry No. 14 in No. 21-50084) has been referred to Judge Nguyen. Judge Nguyen denies the motion.

 Appellant's motion for reconsideration is denied as moot.

 The briefing schedule previously established remains in effect.

KWH/MOATT