1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00642-VAP |
| --- | --- |
| Plaintiff, | No.: **2:20-cr-00155-VAP** |
| v. | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR THE RETURN OF DEFENDANT'S PASSPORT** |
| IMAAD SHAH ZUBERI, | |
| Defendant. | The Honorable Virginia A. Phillips |

**ORDER**

This Court, having considered Defendant Imaad Zuberi's Motion for The Return of Defendant's Passport, hereby GRANTS the Motion and ORDERS Thomas O'Brien to surrender Defendant's passport to his counsel.

IT IS SO ORDERED.

Dated:  August 12, 2021

*Virginia A. Phillips*
The Honorable Virginia A. Phillips
United States District Judge