1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   DANIEL J. O'BRIEN (Cal. Bar No. 141720)
4  Assistant United States Attorney
   Deputy Chief, Public Corruption & Civil Rights Section
5  ELISA FERNANDEZ (Cal. Bar No. 172004)
   Assistant United States Attorney
6  Public Corruption & Civil Rights Section
        1500 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-2468/7383
        Facsimile: (213) 894-2927
9       E-mail:  daniel.obrien@usdoj.gov
        E-mail:  elisa.fernandez@usdoj.gov
10 EVAN N. TURGEON (D.C. Bar No. 1010816)
   Trial Attorney, National Security Division
11 United States Department of Justice
   950 Pennsylvania Avenue, N.W., Suite 7700
12 Washington, D.C. 20530
   Telephone: (202) 353-0176
13 E-mail: evan.turgeon@usdoj.gov

14 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
15
                      UNITED STATES DISTRICT COURT
16
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
17
   UNITED STATES OF AMERICA,          No. CR 19-642-VAP
18                                     No. **CR 20-155-VAP**
             Plaintiff,
19                                     ORDER GRANTING THE GOVERNMENT'S
                  v.                   UNOPPOSED EX PARTE APPLICATION FOR
20                                     AN EXTENSION OF TIME TO FILE A
   IMAAD SHAH ZUBERI,                  RESPONSE TO DEFENDANT'S MOTION TO
21                                     MODIFY OR CLARIFY PROTECTIVE
             Defendant.                ORDERS
22
23
        The Government's Unopposed *Ex Parte* Application For An Extension
24
   of Time to File A Response to Defendant's Motion to Modify or Clarify
25
   Protective Orders filed on or about January 3, 2022 is GRANTED.
26
        For the reasons stated in the Government's Unopposed *Ex Parte*
27
   Application For An Extension of Time to File A Response to
28

1  Defendant's Motion to Modify or Clarify Protective Orders, the Court

2  ORDERS AS FOLLOWS:

3      1.   The government's response to Defendant Imaad Shah Zuberi's

4  ("Defendant") Motion to Modify or Clarify Protective Orders is due on

5  January 24, 2022.

6      2.   Defendant's reply, if any, is to be filed on or before

7  January 31, 2022.

8      IT IS SO ORDERED.

9

10  January 4, 2022
    DATE                              HONORABLE VIRGINIA A. PHILLIPS
11                                    UNITED STATES DISTRICT JUDGE

12

13  Presented by:

14   /S/ *Elisa Fernandez*
    Elisa Fernandez
15  Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

2