# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS**<br><br>The Honorable Virginia A. Phillips |

[PROPOSED] ORDER

Defendant's Unopposed *Ex Parte* Application for an Extension of Time to File a Reply in Support of his Motion to Modify or Clarify Protective Orders, filed on or about January 31, 2022, is GRANTED.

For the reasons stated in Defendant's unopposed *ex parte* application, the Defendant's Reply in Support of his Motion to Modify or Clarify Protective Orders, if any, is to be filed on or before February 7, 2022. The hearing on the Motion is re-set for Monday, February 28, 2022, at 9:00 a.m.

Dated: _____     By: _____
                                Honorable Virginia A. Phillips
                                United States District Judge

Presented by:

/s/ Ashwin J. Ram
Ashwin J. Ram
STEPTOE & JOHNSON LLP
*Counsel for Defendant Imaad Shah Zuberi*