Ashwin J. Ram (SBN 277513)
aram@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-cr-00155-VAP |
| v. | |
| IMAAD SHAH ZUBERI, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: (**List Documents**)

Defendant's Reply in Support of Motion to Modify or Clarify Protective Orders
Proposed Order

(both filed manually February 7, 2022)

**Reason:**

[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[✓] Per Court order dated:   Aug. 13, 2020
[ ] Other:

Feb. 8, 2022
Date

Ashwin J. Ram
Attorney Name

Defendant Imaad Shah Zuberi
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*