**STEPTOE & JOHNSON LLP**
Ashwin J. Ram (SBN 277513)
aram@steptoe.com
Adam Kretz (SBN
akretz@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone:   (213) 439-9400
Facsimile:   (213) 439-9599

*Attorneys for Defendant Imaad Shah Zuberi*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATION OUT OF TIME; DECLARATION OF BRUCE C. BISHOP IN SUPPORT**<br><br>[*Concurrently filed with [Proposed] Order Granting Leave to File Declaration Out of Time*]<br><br>The Honorable Virginia A. Phillips |

Defendant Imaad Shah Zuberi, through counsel, respectfully submits this unopposed *ex parte* application for leave to file a declaration out of time, in support of his Reply in Support of Motion to Modify or Clarify Protective Orders.

On February 7, 2021, Defendant filed his Reply in Support of Motion to Modify or Clarify Protective Orders, along with a proposed order, through the Classified Information Security Officer. That Reply is not on the public docket.

This *ex parte* application seeks leave to file a declaration in support of the Reply one day out of time. The declaration has been lodged with the Classified Information Security Officer on February 8, 2022, and does not appear on the public docket. After consultation by telephone, the government does not oppose this *ex parte* application or the filing one day out of time.

The circumstances supporting this *ex parte* application for leave to file out of time are set out in the attached declaration. A proposed order is attached.

Dated: February 8, 2022         Respectfully submitted,

                                **STEPTOE & JOHNSON LLP**


                        By:    /s/ Ashwin J. Ram
                               Ashwin J. Ram
                               *Counsel for Defendant Imaad Zuberi*

---

1

DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATION OUT OF TIME; DECLARATION OF BRUCE C. BISHOP IN SUPPORT

## DECLARATION OF BRUCE C. BISHOP

I, Bruce C. Bishop, declare as follows:

1. I am Of Counsel at Steptoe & Johnson, LLP, in Washington, D.C. Along with Ashwin J. Ram, Angel Reyes, and Robert Eatinger, I represent Defendant Imaad Shah Zuberi in his appeal to the United States Court of Appeals for the Ninth Circuit from the judgment in this case. I am the attorney principally responsible for preparing both the appeal brief and Defendant's pending motion to modify or clarify this Court's protective orders.

2. I make this declaration in support of the foregoing Ex Parte Application for Leave to File Declaration Out of Time.

3. On December 20, 2021, the defense submitted Defendant's Motion to Modify or Clarify Protective Orders ("Motion"). *See* CR 19-642-VAP, Dkt. 410; CR 20-155-VAP, Dkt. 148. On January 24, 2021, the government submitted its opposition brief ("Opposition"). Neither the Motion nor the Opposition is filed on the public docket.

4. On February 7, 2021, I submitted Defendant's Reply in support of the Motion, for filing through the Classified Information Security Officer. The Reply also does not appear on the public docket.

5. Along with the Reply, I submitted a proposed order. The proposed order is crafted largely to track the position set out in the government's Opposition.

6. The Reply was prepared and submitted in a secure facility, as required by this Court's protective orders. Before submitting the Reply on February 7, I realized that it should be accompanied by a declaration explaining why the proposed order was submitted with the Reply, rather than with the original Motion.

7. To prepare such a declaration, however, it was necessary to refer to email communications stored on my office computer (which is also remotely available from my home). Those email communications were not available in the

1  secure facility, and it was too late in the day to make a round trip to my home or
2  office to prepare a declaration and attach copies of the relevant emails.
3       8.   Today, February 8, 2022, I have prepared the declaration, referring to
4  and attaching the relevant emails. I have lodged that declaration and email exhibits
5  with the Classified Information Security Officer, for submission along with the
6  Reply and Proposed Order.
7       9.   I have conferred today by telephone with AUSA Elisa Fernandez, who
8  informed me that the government does not oppose this *ex parte* application and does
9  not oppose the filing of the declaration out of time.
10      I declare under penalty of perjury that the foregoing is true and correct.
11  Executed February 8, 2022, in Bethesda, Maryland.

              /s/ Bruce C. Bishop