1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA**

12    UNITED STATES OF AMERICA,

13              Plaintiff,

14         v.

15    IMAAD SHAH ZUBERI,

16

17              Defendant.

18

19

20

21

22

23

24

25

26

27

28

Case No.: 2:19-cr-00642-VAP
      No.: 2:20-cr-00155-VAP

**[PROPOSED] ORDER GRANTING LEAVE TO FILE DECLARATION OUT OF TIME**

[*Concurrently filed with Defendant's Unopposed Ex Parte Application for Leave to File; Declaration of Bruce C. Bishop*]


The Honorable Virginia A. Phillips

[PROPOSED] ORDER  GRANTING LEAVE TO FILE
DECLARATION OUT OF TIME

1    The Court, having considered Defendant's Unopposed *Ex Parte*

2   Application for Leave to File Declaration Time, **GRANTS** the application.

3    The Declaration lodged with the Classified Information Security Officer,

4   submitted in support of Defendant's Reply in Support of Motion to Modify or

5   Clarify Protective Orders, is deemed FILED.

6

7    SO ORDERED.

8

9   Dated: _____          _____

10                                    THE HON. VIRGINIA A. PHILLIPS
                                      UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING LEAVE TO FILE
DECLARATION OUT OF TIME