1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

IMAAD SHAH ZUBERI,

    Defendant.

Case No.: 2:19-cr-00642-VAP
No.: 2:20-cr-00155-VAP

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS**

The Honorable Virginia A. Phillips

[PROPOSED] ORDER

1    Defendant's Unopposed *Ex Parte* Application for an Extension of Time to File a

2    Reply in Support of his Motion to Modify or Clarify Protective Orders, filed on or

3    about January 31, 2022, is GRANTED.

4        For the reasons stated in Defendant's unopposed *ex parte* application, the

5    Defendant's Reply in Support of his Motion to Modify or Clarify Protective Orders, if

6    any, is to be filed on or before February 7, 2022.  The hearing on the Motion is re-set

7    for Monday, February 28, 2022, at 9:00 a.m.

8

9

10   Dated:  February 9, 2022            By: _____

11                                            Honorable Virginia A. Phillips
                                              United States District Judge
12

13   Presented by:

14

15   /s/ Ashwin J. Ram
     Ashwin J. Ram
16   STEPTOE & JOHNSON LLP
     *Counsel for Defendant Imaad Shah Zuberi*
17

18

19

20

21

22

23

24

25

26

27

28

2
[PROPOSED] ORDER