1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>         No.: **2:20-cr-00155-VAP**<br><br>**ORDER GRANTING LEAVE TO FILE DECLARATION OUT OF TIME**<br><br>[*Concurrently filed with Defendant's Unopposed Ex Parte Application for Leave to File; Declaration of Bruce C. Bishop*]<br><br>The Honorable Virginia A. Phillips |

| | |
|---|---|
| 1 | The Court, having considered Defendant's Unopposed *Ex Parte* |
| 2 | Application for Leave to File Declaration Time, **GRANTS** the application. |
| 3 | The Declaration lodged with the Classified Information Security Officer, |
| 4 | submitted in support of Defendant's Reply in Support of Motion to Modify or |
| 5 | Clarify Protective Orders, is deemed FILED. |
| 6 | |
| 7 | SO ORDERED. |
| 8 | |
| 9 | Dated:  February 9, 2022           *Virginia A. Phillips* |
| 10 | THE HON. VIRGINIA A. PHILLIPS |
|  | UNITED STATES DISTRICT JUDGE |

1

ORDER GRANTING LEAVE TO FILE
DECLARATION OUT OF TIME