TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468
     Facsimile: (213) 894-2927
     E-mail:    daniel.obrien@usdoj.gov
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
     E-mail:    evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. LACR19-642-VAP |
| | ) No. LACR20-155-VAP |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER RE CONTINUANCE |
| v. | ) |
| | ) |
| IMAAD SHAH ZUBERI, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for an order to extend its time to file objections to defendant's proposed order to modify or clarify protective orders is GRANTED.

The government's objections shall be filed on or before February 22, 2022.

Dated: _____                    _____
                                          UNITED STATES DISTRICT JUDGE


Submitted by:


_____/s/_____
DANIEL J. O'BRIEN
Assistant United States Attorney

2