1 | TRACY L. WILKISON
United States Attorney
2 | SCOTT M. GARRINGER
Assistant United States Attorney
3 | Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
4 | Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
5 | ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
6 | Public Corruption & Civil Rights Section
     1500 United States Courthouse
7 |      312 North Spring Street
     Los Angeles, California 90012
8 |      Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
9 |      E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
10 | EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
11 | United States Department of Justice
     950 Pennsylvania Avenue, N.W., Suite 7700
12 |      Washington, D.C. 20530
     Telephone: (202) 353-0176
13 |      E-mail:     evan.turgeon@usdoj.gov

14 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. LACR19-642-VAP |
|---|---|
| Plaintiff, | No. LACR20-155-VAP |
| v. | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO DEFENDANT'S PROPOSED ORDER TO MODIFY OR CLARIFY PROTECTIVE ORDERS; DECLARATION OF DANIEL J. O'BRIEN |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files, *ex parte*, this application for an order to extend its time to file objections to defendant's proposed order to

1  modify or clarify protective orders.  The defendant does not oppose

2  this application.

3       The government's pleading is currently due on February 16, 2022.

4  The government requests an extension until February 22, 2022.

5       The government's application is based on the following:

6       1.   On December 20, 2021, the defense filed a Notice of Motion

7  and Motion to Modify or Clarify Protective Orders ("Motion").  The

8  motion was not filed on the public docket.

9       2.   On January 24, 2022, the government filed its brief

10 opposing the Motion (the "Opposition").  The motion was not filed on

11 the public docket.

12      3.   On February 8, 2022, the defense filed its reply brief in

13 support of the Motion (the "Reply").  The motion was not filed on the

14 public docket.

15      4.   On Tuesday, February 8, 2022, the government received an

16 ECF notification of Manual Filing that the defense had filed his

17 Reply *ex parte* and *in camera*.

18      5.   On Friday, February 11, 2022, the Court ordered the

19 Government to "file any specific objections to the form of the

20 proposed Order attached as Exhibit A to the Defendant's Reply" by

21 February 16, 2022.

22      6.   Government counsel in Washington, D.C. did not visit his

23 office and view the Reply until Monday, February 14, 2022.  As of the

24 date of this filing, no government attorney in Los Angeles has been

25 able to access her office to do the same.  As a result, attorneys for

26 the government have not been able to discuss their objections to the

27 form of defendant's proposed order.  An extension to Tuesday,

28 February 22, 2022, would permit the government to confer as needed.

7.   On February 16, 2022, defense counsel informed the government that the defendant does not object to the government's request for continuance.

Dated: February 16, 2022          Respectfully submitted,

                                  TRACY L. WILKISON
                                  United States Attorney

                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  _____/s/_____
                                  DANIEL J. O'BRIEN
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

**DECLARATION OF DANIEL J. O'BRIEN**

I, DANIEL J. O'BRIEN, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California responsible for the matter of *United States v. Imaad Shah Zuberi*, CR 19-642-VAP and CR 20-155-VAP.

2.    Aspects of this case that relate to the protective orders as issue have been primarily handled by my co-counsel in this case, Judith Heinz, Evan Turgeon, and Elisa Fernandez.  Ms. Heinz is no longer assigned to this matter and is not available for consultation. On February 15 and 16, 2022, I communicated with co-counsel Turgeon and Fernandez who informed me of the status of defendant's Motion to Modify or Clarify Protective Orders and the Court's order, issued Friday, February 11, 2022, requiring the government file any objections by February 16, 2022.

3.    Mr. Turgeon informed me that the government seeks a continuance because he did not visit his office and view the Reply until Monday, February 14, 2022, and, as of today, Ms. Fernandez has not yet been able to access her office to do the same.  As a result, attorneys for the government have not been able to discuss their objections to the form of defendant's proposed order.  An extension to Tuesday, February 22, 2022, would permit the government to confer as needed.

4.    On February 16, 2022, defense counsel Bruce Bishop informed

//

//

//

//

1   me that the defense does not object to the request for continuance.

2        I declare under penalty of perjury under the laws of the United

3   States of America that the foregoing is true and correct.

4        Executed at Los Angeles, California, on February 16, 2022.

5                                              _____

6                                              DANIEL J. O'BRIEN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28