1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   DANIEL J. O'BRIEN (Cal. Bar No. 141720)
4  Assistant United States Attorney
   Deputy Chief, Public Corruption & Civil Rights Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-2468
7       Facsimile:  (213) 894-2927
        E-mail:     daniel.obrien@usdoj.gov
8  ELISA FERNANDEZ (Cal. Bar No. 172004)
   Assistant United States Attorney
9  EVAN N. TURGEON (D.C. Bar No. 1010816)
   Trial Attorney, National Security Division
10 United States Department of Justice
        950 Pennsylvania Avenue, N.W., Suite 7700
11      Washington, D.C. 20530
        Telephone: (202) 353-0176
12      E-mail:    evan.turgeon@usdoj.gov

13
   Attorneys for Plaintiff
14 UNITED STATES OF AMERICA

15

16                  UNITED STATES DISTRICT COURT

17           FOR THE CENTRAL DISTRICT OF CALIFORNIA

18
   UNITED STATES OF AMERICA,      ) No. LACR19-642-VAP
19                                ) No. LACR20-155-VAP
                  Plaintiff,      )
20                                ) [PROPOSED] ORDER RE CONTINUANCE
                  v.              )
21                                )
    IMAAD SHAH ZUBERI,            )
22                                )
                  Defendant.      )
23                                )
                                  )
24                                )
                                  )
25                                )

26 For good cause shown, IT IS HEREBY ORDERED THAT:

27

28

                              1

1    The government's *ex parte* application for an order to

2 extend its time to file objections to defendant's proposed order

3 to modify or clarify protective orders is GRANTED.

4    The government's objections shall be filed on or before

5 February 22, 2022.

6

7 Dated: _____            _____
                                  UNITED STATES DISTRICT JUDGE

8

9 Submitted by:

10

11 _____/s/_____

12 DANIEL J. O'BRIEN
   Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28