UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| Case No. | LACR 19-00642-VAP<br>**LACR 20-00155-VAP** ✓ | Date | February 24, 2022 |
|---|---|---|---|
| Title | *United States of America v. Imaad Shah Zuberi* | | |

Present: The Honorable    VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None      None

**Proceedings:**   MINUTE ORDER DENYING DEFENDANT IMAAD SHAH ZUBERI'S MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS [SEE DOC. NO. 148]

No good cause having been shown for the relief requested, the Court DENIES Defendant's Motion to Modify or Clarify Protective Orders (see Doc. No. 148). This Order is without prejudice to defense counsel's opportunity to consult with the CISO regarding permitted disclosures to Defendant, in accordance with previously-issued orders.

**IT IS SO ORDERED.**