Ashwin J. Ram (SBN 277513)
aram@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. IMAAD SHAH ZUBERI, DEFENDANT(S). | CASE NUMBER: 2:20-cr-00155-VAP  NOTICE OF MANUAL FILING OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

1. Application to File Under Seal and lodged Proposed Order;
2. Under Seal Document: Emergency Ex Parte Application for Writ of Habeas Corpus;
3. Under Seal Document: Declaration of Bruce C. Bishop in support;
4. Lodged Proposed Order; and
5. Proof of Service.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 15, 2022
Date

Ashwin J. Ram
Attorney Name

Defendant Imaad Shah Zuberi
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).