FILED

SEP 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> IMAAD SHAH ZUBERI, <br><br> Defendant-Appellant. | Nos. 21-50048 <br>      21-50084 <br><br> D.C. Nos. 2:19-cr-00642-VAP-1 <br>             2:20-cr-00155-VAP-1 <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motions (Docket Entry Nos. 54 and 55 in Appeal No. 21-50048) for an extension of time to file a divided opening brief in these consolidated appeals is granted.

The divided opening brief is due January 3, 2023. Appellant may submit one brief to be filed publicly and a second brief to be filed under seal with a notice of sealing.

The consolidated answering brief is due February 2, 2023. The optional consolidated reply brief is due within 21 days after service of the consolidated answering brief.

If necessary to serve the objectives identified in appellant's motion to file divided briefs, the answering and reply briefs may also be divided into one brief to be filed publicly and a second brief to be filed under seal with a notice of sealing.