FILED

JUN 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> IMAAD SHAH ZUBERI, <br><br> Defendant-Appellant. | No.   21-50048 <br><br> D.C. No. <br> 2:19-cr-00642-VAP-1 <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> IMAAD SHAH ZUBERI, <br><br> Defendant-Appellant. | No.   21-50084 <br><br> D.C. Nos. <br> 2:20-cr-00155-VAP-1 <br> 2:20-cr-00155-VAP |

Before:  CHRISTEN and BENNETT, Circuit Judges, and KATZMANN,[*] Judge.

The parties' joint motion for an extension of time within which to file supplemental briefs is GRANTED, Dkt. 127. The parties shall file their briefs not later than July 21, 2025.

---

[*]   The Honorable Gary S. Katzmann, Judge for the United States Court of International Trade, sitting by designation.